# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| Robert Jeffrey Johnson, Jr., <br> *Plaintiff(s)* <br> v. <br> County of Nassau, et al. <br> *Defendant(s)* | ) | Civil Action No. 2:23-cv-00167(BMC) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

See attached rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher F. Mestecky, Esq.
Guercio & Guercio, LLP
77 Conklin Street
Farmingdale, New York 11735

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brenna B. Mahoney

*CLERK OF COURT*

Date: 1/11/2023




Laura Jakubowski

*Signature of Clerk or Deputy Clerk*

# *RIDER TO SUMMONS IN A CIVIL ACTION*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

**ROBERT JEFFREY JOHNSON, JR.,**

**Plaintiff,**

Civil Action No.: 2:23-cv-00167(BMC)

**-against-**

**COUNTY OF NASSAU, NASSAU COUNTY CORRECTIONAL CENTER, NASSAU COUNTY SHERIFF'S DEPARTMENT, CORPORAL PATRICK MCCAFFREY, OFFICER THOMAS BENSON, OFFICER JAMES STAIB, OFFICER "JOHN" STUSSEY, JANE AND JOHN DOES 1-9 SERVANTS AND REPRESENTATIVES OF THE COUNTY OF NASSAU,**

**Defendants.**

-----------------------------------------------------------------X

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address)

1. County of Nassau
   1550 Franklin Avenue
   Mineola, NY 11501

2. Nassau County Correctional Center
   100 Carman Avenue
   East Meadow, New York 11554

3. Nassau County Sheriff's Department
   100 Carman Avenue
   East Meadow, New York 11554

4. Corporal Patrick McCaffrey
   100 Carman Avenue
   East Meadow, New York 11554

5. Officer Thomas Benson
   100 Carman Avenue
   East Meadow, New York 11554

6. Officer James Staib
   100 Carman Avenue
   East Meadow, New York 11554

7. Officer "John" Stussey
   100 Carman Avenue
   East Meadow, New York 11554

8. Jane and John Does 1-9 Servants and Representatives of the County of Nassau