| NASSAU COUNTY SHERIFF'S DEPARTMENT<br>DIVISION OF CORRECTION | DATE: 10 / 13 / 2021 | |
|---|---|---|
| **INJURY TO INMATE REPORT**<br>Form CC-6090R | UOF # N/A | INJURY # 0747-21 |

**Instructions: Original Report to Inmate's Medical Record, One Copy to Investigating Supervisor.**

***SECTION 1 – TO BE COMPLETED BY EMPLOYEE. PLEASE PRINT CLEARLY.***

| Inmate Name (Last, First) | CC # | Housing Location: |
|---|---|---|
| Johnson, Robert | 202100 1706 | E2B11 |

**Force used on above inmate** (check one) ☐ Yes ☒ No (if Yes, describe all force used on inmate)

*Type* (If none, write N/A): N/A

*Part of Body* (If none, write N/A): N/A

**Date and Time of Injury:** 10/12/2021 Approx 1500 | **Location of occurrence:** B2 B Block Dayroom

**Details** (if additional space is needed, use "Injury to Inmate, Part II" form):

I/M claims to of been sexually assaulted by staff on B2B Block on 10/12/2021 at approx 1500 hrs. I/M evaluated by medical.

| Supervisor Notified (Print Last Name, First Name, Rank and Shield #) | Date: | Time: |
|---|---|---|
| McMillan LT. 121 | 10 / 13 / 2021 | 1415 Hrs. |
| **Employee: I (did) (did not) witness this incident.** (did not circled) | | |
| **Employee** (print and sign) | **Rank / Title** | **Shield / ID #** |
| Razanson [signature] | C.O | 3024 |

***SECTION 2 – TO BE COMPLETED BY NUMC MEDICAL STAFF. PLEASE PRINT CLEARLY.***

Date of Injury: 10 / 13 / 21 | Reported for Medical Attention: 10 / 13 / 21 @ 1507 Hrs.

NATURE OF INJURY AND CAUSE (if additional space is needed, use "Injury to Inmate, Part II" form):

TREATMENT: See sick call

***PROGNOSIS:*** Good

Cause: Are the injuries observed consistent with the inmate's description (check one) ☒ Yes ☐ No

PLEASE CHECK DISPOSITION: ☐ Return to Housing Area ☐ Work Release ____ Days. ☐ Light Duty ____ Days

☐ Return to work assignment ☐ Re-Exam ____ Days ☐ Refer to Clinic ☐ Other (please specify)

☒ Transfer to hospital ☐ Life threatening emergency ☐ Serious Emergency ☐ Routine

| TREATED BY: (Print full name and Title, Sign Name) | Date: | Time: |
|---|---|---|
| [signature] Wanda Evelyn, NP #47490 | 10 / 13 / 21 | 2215 Hrs. |
| *I certify that the cause of injury as stated herein is to my knowledge true and medical attention was provided.* | **INMATE SIGNATURE:** [signature] | **Date:** 10 / 13 / 21 |
| **WITNESSED BY** (print and sign) Razanson [signature] | **Rank/Title:** C.O | **Shield / ID #** 3024 / **Date:** 10 / 13 / 21 |

***SECTION 3 – TO BE COMPLETED BY THE INVESTIGATING SUPERVISOR. PLEASE PRINT CLEARLY.***

Investigator's Report:

ON OCTOBER 13, 2021 AT APPROXIMATELT 1412 HOURS I WAS NOTIFIED BY DR. HENIG OF AN ALLEGATION MADE BY INCARCERATED INDIVIDUAL JOHNSON, ROBERT CC# 2021001706 CLAIMING THAT HE WAS PUNCHED IN THE FACE AND WAS SEXUALLY ASSAULTED BY CORRECTIONAL STAFF. INCARCERATED INDIVIDUAL JOHNSON STATED THAT HE WAS PUNCHED IN THE FACE AND SEXUALLY ASSAULTED ON 10/12/2021 WHILE HOUSE IN B2 B BLOCK. PA.EVELYN CONDUCTED AN EVALUATION OF I/I JOHNSON IN E MEDICAL ON OCTOBER 13, 2021 @1522 HOURS. PA. EVELYN LISTED HIS PROGNOSIS IS LISTED AS GOOD. PA. EVELYN DID EVALUATE I/I JOHNSON'S FACE AND NOTED BRUSING ON THE LEFT SIDE OF HIS FACE. PA EVELYN NOTED IN THE INJURY TO INMATE REPORT THAT THE INJURIES OBSERVED ARE CONSISTANT WITH THE INMATE'S CLAIMS. PA EVELYNDID NOT EXAMINE I/I JOHNSON TO DETERMINE IF HE WAS SEXUALLY ASSAULTED.

ON OCTOBER 13, 2021AT 1615 HOURS INCARCERATED INDIVIDULAL JOHNSON WAS TRANSPORTED TO NASSAU UNIVERSITY MEDICAL CENTER (NUMC). INCARCERATED INDIVIDUAL JOHNSON WAS SEEN IN THE ER, HE WAS FOUND FIT FOR CONFINMENT AND RETURNED FROM NUMC AT 2046 HOURS

INJURIES RESULTED FROM: ☐ Use of Force ☒ Allegation of a Use of Force ☐ Inmate on Inmate Altercation

☐ Self Inflicted ☐ Accident ☐ Exercise (recreation) related injury ☐ Other (Explain):

| INVESTIGATING SUPERVISOR'S (Signature): | Rank/Title: | Shield / ID # | Date: |
|---|---|---|---|
| [signature] #121 | LIEUTENANT | 121 | 10/14/21 |

***SECTION 4 - TOUR COMMANDERS REVIEW:***

THIS INJURY TO INMATE APPEARS TO BE ACCURATE & COMPLETE. MEDICAL STAFF DID NOT GENERATE A PROPER MEDICAL ASSESSMENT FORM

| SIGNATURE: | Rank/Title | Shield / ID # | Date: |
|---|---|---|---|
| [signature] #121 | LIEUTENANT | 121 | 10/14/21 |

***SECTION 5 - CAPTAIN'S REVIEW:***

Forward to IAU for further investigation

| SIGNATURE: | Rank/Title | Shield / ID # | Date: |
|---|---|---|---|
| Capt [signature] | Capt | 36 | 11/22/21 |

***SECTION 6 – DEPUTY UNDERSHERIFF'S REVIEW:***

Report Appears Complete IAU Notified for Allegations Against Staff NCPD Notified -

| SIGNATURE: | Rank/Title | Shield / ID # | Date: |
|---|---|---|---|
| CAPT [signature] | CAO | 37 | 12/10/21 |

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL FACILITY

# SICK CALL REQUEST
## (Peticion Para Tratamiento Medico)

For use by medical personnel only: (Completado por personal medico)

Date Received: 10/12/21 Time: 2300

Disposition: ☒ Next sick call ☐ MH
☐ Dental ☐ Podiatrist ☐ Eye Doctor
☐ Other: ______

Triage Nurse Signature: SHARON NEYSMITH, RN [signature]

Part A: To be completed by the inmate
(Parte A: Completado por preso)

Date: 10/12/21 (Fecha) Unit: E2B

Inmate's Name: ROBERT JOHNSON (Nombre de preso)

Inmate number: 2021001706 (Numbrero) DOB [redacted]

Reason for medical appointment (Razon para tratamiento medico): Im having problems with my Chest, Shortness of Breath. my eye socket is in pain my Face is Swollen and my head is in extreme pain Can you please help me

How long have you had this problem? (Cuanto tiempo tienes con este problema?) 10/12/21

Have you been seen before for the same problem? ☐ Yes ☒ No

Comments: I've had this pain and trauma Since today

Nurse Signature: [signature] Date: 10/12/21 Time: 2230

Part B: To be completed by medical personnel - **DO NOT WRITE BELOW THIS LINE**
(Parte B: Completado por personal medico - **NO ESCRIBAS DEBAJO DE ESTA LINEA**

**B/P:** 123/80 **T:** 98.1 **P:** 96 **R:** 16 **WT:** ______ **pO2:** 98% **BMI:** ______ **(When appropriate)**

**S:** Upon arrival to sick call Client [illegible] sexual assault 10/12/21 [illegible] penetration. Client [illegible] was punched in face during

**O:** [illegible]
[illegible]
[illegible] noted (L) side of face [illegible] noted [illegible]
[illegible]

**A:** ______

**P:** ______

Date: ______ Time: ______

Wanda Evelyn, RN #47480 [signature]
Signature & Credentials of Healthcare Provider

*Distribution:* **WHITE** - Medical (NUMC) **YELLOW** - Mental Health **PINK** - Inmate Copy

61584322 (5/11/21) 1.1