I, Clifton Woods, being duly sworn, deposes and says:

My name is Clifton Woods. I am 63 years old. My date of birth is 01/01/1960 and I reside at W. Roosevelt Avenue, Roosevelt, New York. My phone number is 516-984-8932. Investigator Dowling has shown me a photograph and I have identified the photograph of a person I met in the Nassau County Correctional Center in October 2021. I identified the person in the photograph as Robert Johnson.

On October 12, 2021, I was housed in Building B, Floor 2, Tier B of the Nassau County Correctional Center. In the midafternoon hours, I heard a commotion coming from the lockbox area, which is located just outside of my tier. Me and a couple of other inmates walked over to the small window which is located on the door to the lockbox area. The window is very small, and we could not see anything. At this time, we heard a lot of screaming and what sounded like an inmate was being beaten. I later learned that the inmate was Robert Johnson. I heard the guard yelling for Mr. Johnson to get up against the wall. The guard was calling Mr. Johnson "nigger" and telling him to get up against the wall. The guard also said, in sum and substance, "you think you're tough, we're going to show you tough. This is our house. You don't run anything in here. We run it." I heard the guard shout "nigger" multiple times. Then I heard Mr. Johnson screaming very loudly "I need help! What the fuck are you doing?!" He was screaming "somebody help me, somebody call my people." Mr. Johnson yelled this multiple times. After a few minutes of screaming and commotion, the other inmates and I were put in lockdown. I went to my cell, but I could still hear screaming though I couldn't hear exactly what was being said. However, I knew that it sounded like Mr. Johnson was getting beat up.

After the incident, I was in a different part of the jail when I heard an inmate, who was Robert Johnson, talking about the beating he received by guards in the lockbox area in Building B, Floor 2 of the Nassau County Correctional Center on October 12, 2021. Mr. Johnson confirmed to me that he was the inmate in the lockbox area on October 12, 2021. I also noticed that Mr. Johnson had bruising on his face.

***I have read this statement consisting of 1 page. The entire statement is true to the best of my knowledge and belief. No threats or promises have been made to me in connection with the providing of this statement.***

Dated: Sept. 6, 2023

[signature]
CLIFTON WOODS

Sworn to before me this
6th day of September 2023

[signature]
Notary Public

PATRICK J. DOWLING
Notary Public, State of New York
Reg. No. 01D06126947
Qualified in Nassau County
Commission Expires 3/16/25