Laura Curran
COUNTY EXECUTIVE

James Dzurenda
SHERIFF

# INTERNAL AFFAIRS DIVISION CASE CLOSEOUT

I Recommend this case be closed as: **Not Sustained**

Case Number: IAU-047-21

Charge 1: Inmate Robert Johnson CC #2021001706 alleged that he was assaulted by staff and a staff member inserted a finger into his rectum on 10/12/21 in the B02-Lockbox area. [ ] Substantiated [ X ] **Not Substantiated** [ ] Unfounded [ ] Substantiated In Part [ ] Exonerated [ ] Complaint Withdrawn [ ] No action taken due to time limits

Pending any additional information found to be inconsistent with these findings, this case may be re-opened for further investigation.

Submitted by: [signature] S.B.I. INVESTIGATOR Shield No. 826 Date: 12/17/21

Reviewed by: [signature] S.B.I. COMMANDING OFFICER Shield No. 389 Date: 12/17/21

Reviewed by: [signature] S.B.I. CAPTAIN Shield No. 33 Date: 12/20/21

Recommendation/Comments: ____________________

Number of additional sheets attached [ ]

Reviewed by: ____________________ Deputy Undersheriff Date: ____________________

Recommendation/Comments: ____________________

I.A.D.

# Nassau County Sheriff's Department
## Internal Affairs Division

S.B.I.

## CASE FILING

**Case No:** IAU-047-21 **Investigator:** R. Pere **Date:** 10/13/21

**Date Complaint Initiated:** 10/12/21

**Internal Affairs Division Case Classification:**

Staff Complaint: ✓ Yes ___ No

Documented Use of Force: ___ Yes ✓ No If yes, U.O.F. No.: N/A

Grievance: ___ Yes ✓ No If yes, Grievance No.:

**Inmate Info**

Name: Robert Johnson
CC#: 2021001706
ICN#: 2021100010
D.O.B.: 2/27/85

**Subject Info**

Name:
Address:
D.O.B.:

**Staff Info**

Name: Cpl Patrick McCaffrey
Date: 10/12/21 Day
Shield No.
Location: B02-Lockbox Area
D.O.B.:
Tour of Duty: 0800-1600 hrs. Platoon Assignment: 6
D.O.A.:
Tour Commander: LT PAU

**Staff Members Involved:**

Name: C/O Thomas Benson
Shield No.
Name:
Shield No.

**Staff Members Involved:**

Name:
Shield No.
Name:
Shield No.

Injury to Staff: ___ Yes ___ No

Injury to Prisoner: ___ Yes ___ No

Brief description of sustained injuries if applicable

N/A

Brief description of incident

P/m claims he was assaulted by staff and a finger was inserted into his rectum

# Nassau County Sheriff's Department
## Internal Affairs Unit
## HISTORY OF EVENTS

**CASE #:** IAU-047-21 **DATE:** 10/12/21

**Investigator:** Robert Pierce # 826

**DATE OF INCIDENT:** 10/11/21

**COMPLAINT:**

I/m Robert Johnson CC# 2021001706 alleges he was assaulted and a c/o inserted a finger into his rectum on 10/11/21

| DATE: | ACTION PERFORMED |
|---|---|
| 10/12/21 | Received complaint from LT Kreutz. Responded to the Law Library |
| | Audio deposition obtained, photographs obtained, ARMR obtained. |
| | Sgt. Giron (3-4022) of NCPD SVU notified of this allegation |
| 10/13/21 | As per Sgt Giron NCPD SVU a rape kit was not conducted |
| | due to I/m Johnson stating that the c/o's had gloves on |
| 12/15/21 | Audio deposition obtained from c/o Thomas [illegible] |
| 12/17/21 | Audio deposition obtained from Cpl Patrick McCaffrey |
| | Case submitted for closure. |

**CONTINUED:** YES NO **PAGE #:**

# NASSAU COUNTY SHERIFF'S DEPARTMENT
## SECURITY POST ASSIGNMENTS

DATE OCT 1 2 2021 - TUESDAY
TOUR 0730-1600 / .
PLATOON 6

| | | | |
|---|---|---|---|
| 1 | CPL | KILLEEN, T 1/2 SL 6-10 | B3 |
| 2 | CPL | MAXWELL, M | B2 S/ |
| 3 | CPL | MORRIS, H | J3E |
| 4 | CPL | ROBINSON, M * | D2D HCT |
| 5 | C/O | AZZATA, G | B3 |
| 6 | C/O | BENSON, T 1/2 SICK F-12 | B2 |
| 7 | C/O | BELLANTONI,M | SICK |
| 8 | C/O | BERGIN, J | E |
| 9 | C/O | BONISLAWSKI, J (FD) | D2 |
| 10 | C/O | BRADY, M | BS |
| 11 | C/O | BRUSSICH, A | D2D |
| 12 | C/O | CAMPBELL, J | MED DESK |
| 13 | C/O | CANTORE, M | B1N |
| 14 | C/O | CANGERO, R | VAC E |
| 15 | C/O | CARR, J | B4R GH#1 |
| | C/O | CARR, K | REC |
| | C/O | CATALDO, J | D2 |
| 18 | C/O | CELIS, R | OPS |
| 19 | C/O | CHAMBERS, K | D2 |
| 20 | C/O | CINCINNATO, E * | AIS |
| 21 | C/O | CINCINNATO,S | E |
| 22 | C/O | CLARK, S #1 | DESK |
| 23 | C/O | COLLERY, M | OPS |
| 24 | C/O | CROWLEY, J * | TRANSPO |
| 25 | C/O | DALY, C */11 EPD 8-10 | REC |
| 26 | C/O | DEMAINTO, D | OPS |
| 27 | C/O | DESTEPHANO, A | D2 * |
| 28 | C/O | DOBHAN,D * | D3W |
| 29 | C/O | DONLEY, J (RD) | DEL GATE W/C |
| 30 | C/O | EGALITE, S * | D3W Comp-4W |
| 31 | C/O | FLOOD, B (S) | REASS |
| 32 | C/O | GALIOTO, T | CT |
| 33 | C/O | GELB, C (FD) | B4 TANG |
| 34 | C/O | GRIFFITH, L | TANG SICK |
| 35 | C/O | HALL, C * | TRNG |
| 36 | C/O | HANLON, B | TANG |
| 37 | C/O | HAYES, R | B3 |
| 38 | C/O | HERNANDEZ, J | HOSP RUN |
| 39 | C/O | HORAN, J | GH#1 VAC |
| 40 | C/O | HUSSEY, D | ROVER |
| 41 | C/O | JACKSON, K * | D3E |
| 42 | C/O | KEISOW, C * | 1132 |
| 43 | C/O | KOLODINSKY, G | E |
| 44 | C/O | LAGOMARSINO, J (S) | REASS |
| | C/O | LOMBARDI, M | D3E |
| | C/O | LUTTER,T * | E |
| | C/O | LUXMORE, J (S) RQ | BIN REASS |
| 48 | C/O | MARSH, T | AIS |
| 49 | C/O | MARTINS, D #2 | REC |
| 50 | C/O | MAZUR, L | B3 |
| 51 | C/O | MCGOVERN, J | HOSP RUN |
| 52 | C/O | MENDEZ, L | SHUTTLE |
| 53 | C/O | MINERVINI, A | B2 |

| | | | |
|---|---|---|---|
| 54 | C/O | MOORE,M * | D3E |
| 55 | C/O | NICHOLAS,T | B4 |
| 56 | C/O | O'BRIEN, M | E |
| 57 | C/O | ORELLANA, E | D2D VAC |
| 58 | C/O | O'SHAUGHNESSY, J | GH #4 |
| 59 | C/O | PENGE, J | SHUTTLE |
| 60 | C/O | PETTE, L | REC |
| 61 | C/O | PETTE, R | REC |
| 62 | C/O | PHILBIN, C VAC | DESK FMLA |
| 63 | C/O | PIERCE, T K9 | 807 |
| 64 | C/O | PUGH, M (S) $ RQ | D TOW |
| 65 | C/O | REYNOLDS, T * | HCT |
| 66 | C/O | ROMERO, M | E |
| 67 | C/O | ROSA,M | SWAP |
| 68 | C/O | RYAN, F S | DESK |
| 69 | C/O | SARAGOSSI, C * | D3E SWAP |
| 70 | C/O | SCHEFER,J | B4R BS |
| 71 | C/O | SCOTT, M | SWAP |
| 72 | C/O | SCHMITT,T | SWAP |
| 73 | C/O | SMITH, M | E |
| 74 | C/O | SMITH, Q | E |
| 75 | C/O | STAIB, J | B2 |
| 76 | C/O | TOLMIE, J (S) RQ | 523 |
| 77 | C/O | VEVANTE, N * | E |
| 78 | C/O | VILLATORO, J | B2 |
| 79 | C/O | WHITE, D | E |
| 80 | C/O | ZANNI, C % S | DESK |
| 81 | CPL | GANUN, J | E HCT |
| 82 | CPL | GIARDINO, C | E |
| 83 | CPL | KANE, S | E-01-GH TANG |
| 84 | CPL | KELLER, M | E EPD |
| 85 | CPL | ROBINSON, B | E-02-CD EPD |
| 86 | CPL | SHEARIN, R | E-01-FC |
| 87 | CPL | SEWER, E | E-02-AB SICK |
| 88 | C/O | BARBARA, F | E |
| 89 | C/O | BERNIKOW, M (S) RQ | E REASS |
| 90 | C/O | BESSERMAN, D | E |
| 91 | C/O | BROOKS, J | E |
| 92 | C/O | CANELLA, B | E VAC |
| 93 | C/O | CARDONE, J | E |
| 94 | C/O | CARINO, R | E |
| 95 | C/O | CONGERO, T | E VAC |
| 96 | C/O | CRISTIANO, A HCT | E FMLA |
| 97 | C/O | CRUZ, R | E |
| 98 | C/O | DEMAINTO, M | E |
| 99 | C/O | DESOUSA, R #1 | E |
| 100 | C/O | DEVITO, S | E |
| 101 | C/O | EDGEWORTH, M | E VAC |
| 102 | C/O | FIRTH, E | 832 DESK |
| 103 | C/O | HEBRON, D (RD) | E |
| 104 | C/O | HEROLD, B | E CT |
| 105 | C/O | KIRK, K | E |
| 106 | C/O | LEBRON, A (FD) | 832 DESK |

| | | | |
|---|---|---|---|
| 107 | C/O | LICATA, A | E |
| 108 | C/O | LOCASCIO, D | 832 DESK |
| 109 | C/O | LUDEWIG, G | E |
| 110 | C/O | MARTINS, G | E |
| 111 | C/O | MCLOUGHLIN, J (RD) | E MUSTER |
| 112 | C/O | MURPHY, D | E |
| 113 | C/O | PARETI, D | E |
| 114 | C/O | PETRULLO, C | E |
| 115 | C/O | RENDA, P (RD) | E |
| 116 | C/O | ROCCO, A #2 | E EPD |
| 117 | C/O | ROCCO, J | E SICK |
| 118 | C/O | SANTACROCE, J #3 | E |
| 119 | C/O | TANGREDI, A (RD) | E-MED BREAK |
| 120 | C/O | TORRECROSSA, M | E |
| 121 | C/O | WORTHINGTON, S | E HCT |
| 122 | C/O | O'DONNELL, B #167 | E |
| 123 | C/O | SAPPIA, N #69 | D3E |
| 124 | C/O | BALDALES, E #72 | RESIGNED |
| 125 | CPL | KLEIN RD | D-CORR |
| 126 | C/O | GUNN, W (FT) | E |
| 127 | C/O | KUPFER, J * RD | E |
| 128 | C/O | NOLDSHNM RD | Del Gate |

| | | OVERTIME | |
|---|---|---|---|
| 1 | CPL | IMHOF | BS |
| 2 | CPL | DILORENZO | D2D |
| 3 | CPL | MCCAFFREY | B2 |
| 4 | CPL | CAMPOSANICO | E-CD 2 |
| 5 | CPL | PERALTUS | E-GH 2 |
| 6 | CPL | WEIS | E 2123 |
| 7 | CPL | C/O MORITZ | B4 |
| 8 | CPL | C/O DIGANGI | D3W |
| 9 | CPL | C/O VOIGHT | REC |
| 10 | C/O | SCHNEIDER | D2D |
| 11 | C/O | LIMAGES | 1132 |
| 12 | C/O | SOSA | D2 |
| 13 | C/O | STAHL | B4 |
| 14 | C/O | RODRIGUEZ | 1130 |
| 15 | C/O | LOCASCIO | BIN |
| 16 | C/O | TINNASI | BS |
| 17 | C/O | ROSE | 1133 |
| 18 | C/O | NGUYEN | 1133 |
| 19 | C/O | TUCKER | 1130 |
| 20 | C/O | COMBS | D2D |
| 21 | C/O | BIENSIKY | D2D |
| 22 | C/O | Fabee | E |
| 23 | C/O | Bethea | D3W |
| 24 | C/O | Popka | E |
| 25 | C/O | Plumpton | E |
| 26 | C/O | Singleton | D3W |
| 27 | | | |
| 28 | | | |
| 29 | | | |
| 30 | | | |
| 31 | | | |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | | | |
| 38 | | | |
| 39 | | | |
| 40 | | | |
| 41 | | | |
| 42 | | | |

| DEPARTED | | | |
|---|---|---|---|
| 1. | 125 | 1/2 SWC | 6/17/21 |
| 2. | AT | 1/4 SWC | 6/16/21 |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |

| | | | | |
|---|---|---|---|---|
| HOSP 1 1132 | 2 | 3/11 | CPL Sgt Lilli | 5 |
| HOSP 2 1132 | 2 | 3/11 | CPL Moskal | 5 |
| HOSP 3 1133 | 2 | 3/11 | CPL | |
| HOSP 4 1130 | 2 | 3/11 | CPL | |
| HOSP 5 | | 3/11 | CPL | |
| HOSP 6 | | 3/11 | CPL | |
| HOSP 7 | | #6 | Dunseen | |
| HOSP 8 | | #1 | Schiff | |
| HOSP 9 | | #35 | Staten | |
| HOSP 10 | | | | |
| TOTAL HSP | (8) | 63 | CPL Donnny | 0 |
| AIS | 2 | | Cowan | 4.5 |
| B1A | 0 | | McCann | 4.5 |
| B1B | 2 | | Koppman | 4.5 |
| B1C | 0 | | Burnord | 4.5 |
| B1N | 2 | | Santiago | 4.5 |
| B2 | 5 | | Vanhouten | 4 |
| B3 | 4 | | OPS | 0 |
| B4 | 3 | | Vogt, M | 4.5 |
| B5 | 4 | | McKenna | 4.5 |
| DEL GATE | 1 | | Love | 4 |
| DESK | 3 | | Medical | 0 |
| OPS | 3 | | Eder | 4.5 |
| SHUTTLE | 2 | | Vogt, R | 4.5 |
| ROVER | 1 | | Incammacia | 4.5 |
| GH 1 | 1 | | Bonso | 4.5 |
| GH #2/#4 | 1 | | Monteill | 4.5 |
| PAT 523 | 1 | | Dorwitt | 4.5 |
| PAT 807 | 1 | | Brady | 7.5 |
| D / REC | 6 | | Sandoval | 4.5 |
| TOTAL AB | (40) | | White | 3.5 |
| D MED DSK | 1 | | Frantes | 4.5 |
| D TOWR | 1 | | Lausso | 4.5 |
| D1 CORR | 1 | | | |
| D2 ABC | 5 | | | |
| D2 CLN | 5 | | | |
| D3E | 5 | | | |
| D3W | 4 | | | |
| SAT & SUN | | | | |
| D-MED SEC | | | | |
| MEN-HEALTH | 2 | | | |
| TOTAL D | (27) | | | |
| E / REC | (4) | | | |
| E-TOTAL | (41) | | | |
| TRANS | (1) | | | |
| COMPUTERS | (1) | | | |
| TOTAL COVERAGE | 117 | | | |

| | | | |
|---|---|---|---|
| CAPT | FRATTO, A | T/C | LT. BERCIER, J VAC |
| T/C | LT. PAV, R | T/C | Lt. Guiheen, P |
| DESK | LT. BLAZAK, R TANG | | |
| B-BLDG. | SGT RICHARDSON, D * | 832-02 | SGT. MCKINNEY, K REASS |
| BMU | Sgt Schimmel, W | 832-01 | SGT. LAVIN, C TRNG |
| D-BLDG | SGT. MCNAMARA, P | 832-01 | Sgt Gavigan, C |
| Desk | Lt. Esteve, J | 832-02 | Sgt Lange, H |

(POST)=Alternate
*= Female
FT=Fire Team
S--All Outside & Tower
S=SERT

UQP=Unqualified Pistol
SQ=Shotgun Qualified
RD=RESTRICTED DUTY
%-MENTAL HEALTH TRNG

ALT ALT: D-OPS ~~GRIFFITH~~
ALT ALT:REC-BONISLAWSKI, ~~CLARK~~
ALT DSK-- CLARK, MARTINS, D, ~~GRIFFITH~~
ALT B1B-CLARK, CARR, K
ALT ALT: SHUTTLE-~~GRIFFITH~~, PETTE, R
ALT ALT:D-OPS-~~GRIFFITH~~, PETTE, R

ALT...OUTSIDE-- 1 CLARK 2. ~~HANLON~~ 3. CARR, K 4. CARR, J
~~ALT-D-TOWER-LUXMORE~~
HOSP POSTS-WALKER, MARTINS, D, CARR, K
MED WEEKENDS-WALKER, CLARK, CARR, K, GELB

TOUR COMMANDER
TIME
DATE

PRINTED 09/27/2021

New York State Commission of Correction
Inmate Grievance Form
Form SCOC 7032-1 (11/2015)

Facility: [illegible] Correctional Center
Housing Location: E2B Cell # 11

Name of Inmate: Robert [illegible] Jr.
Grievance #: 7032-1 052-10-21

CIT 2021[illegible]

Brief Description of the Grievance (Submitted by the grievant within 5 days of occurrence)
Number of Sheets Attached ( )

#9 cell

on [illegible] approximately 3:30 pm while housed in B-dorm (B2D) I was sexually & physically assaulted/[illegible] by "Corporal MacCaffrey" and several other officers. They approached my cell #9, opened the slot, I was told to place hands thru slot and was cuffed frontward. I was removed from cell and taken out of housing area to hallway/corridor & told to face wall "faggot nigger". my buttocks was grabbed & was beat and sodomized & sort of [redacted] [illegible] ([illegible]) [illegible] finger was inserted in my anal and I screamed as loud as [illegible]

Action requested by the grievant (Submitted by the grievant within 5 days of occurrence):
Number of Additional Sheets Attached ( )

I want Corporal MacCaffrey [redacted] and the officers involved criminally charged and held accountable for these disgusting and [illegible] [illegible] my [illegible] [illegible] beyond [illegible] and I want justice to be [illegible] [illegible] is above the law. I could please [illegible] the get justice [illegible] expeditiously

Grievant Signature: [illegible]
Date/Time Submitted: 10/19/2021

Receiving Staff Signature: ____________
Date/Time Received: ____________

Investigation Completed by: ____________
Date Completed: ____________

Decision of the Grievance Coordinator
Number of Sheets Attached ( )

*Written decision shall be issued within 5 business days of receipt of grievance and shall include specific facts and reasons underlying the determination*

- ☐ Non-grievable issue as per 9 NYCRR §7032.4(h) (may not be appealed to CAO)
- ☐ Grievance Accepted
- ☐ Grievance Denied on Merits
- ☐ Grievance Denied due to submitted beyond 5 days of act or occurrence (can be appealed to CAO)
- ☐ Grievance Accepted in part/ Denied in part (Note specific Acceptance/Denial parts below)

Signature of the Grievance Coordinator: ____________
Date: ____________

## FW: I/I Johnson, Robert cc#2021001706

Kreutz, Joseph W <jkreutz@nassaucountyny.gov>
Wed 10/13/2021 5:07 PM
To: Pierce, Robert G <rpierce@nassaucountyny.gov>

Inv. Lt. Joseph Kreutz
Commanding Officer
N.C.S.D./I.A.U.
100 Carman Avenue
East Meadow, N.Y. 11554
516-572-3896

CONFIDENTIALITY NOTICE: This transmission (including any attachments) may contain confidential information, privileged material (including material protected by the attorney-client or other applicable privileges), or constitute non-public information. Any use of this information by anyone other than the intended recipient is prohibited. If you have received this transmission in error, please immediately reply to the sender and delete this information from your system. Use, dissemination, distribution, or reproduction of this transmission by unintended recipients is not authorized and may be unlawful.

**From:** Guiheen, Patrick T <pguiheen@nassaucountyny.gov>
**Sent:** Wednesday, October 13, 2021 4:36 PM
**To:** Hartung, Ronald J <rhartung@nassaucountyny.gov>
**Cc:** Mcmillan, Darren K <dmcmillan@nassaucountyny.gov>; Kreutz, Joseph W <jkreutz@nassaucountyny.gov>
**Subject:** I/I Johnson, Robert cc#2021001706

Captain, please be advised of the following:

At approximately 1430 today, the NCSD medical supervisor, Lt. D. McMillan #121 telephoned me and stated that I/I Johnson, Robert CC#2021001706 (adult male, DOB [redacted] 1985) has alleged that he has been sexually assaulted by correctional staff. Lt. McMillan stated that NCSD Internal Affairs Unit has been notified about this allegation. Lt. McMillan stated that E-medical staff are initiating the injury to inmate report for this allegation. At approximately 1615, as per NP Evelyn, I/I Johnson was transported to NUMC emergency room for evaluation related to this allegation. I/I Johnson was transported in the custody of Officer Wile #3249 and Officer Field #2866, with radio #646. Please contact me if any additional information is needed concerning this matter.

Respectfully, Lt. P. Guiheen #104

CONFIDENTIALITY NOTICE: This transmission (including any attachments) may contain confidential information, privileged material (including material protected by the attorney-client or other applicable privileges), or constitute non-public information. Any use of this information by anyone other than the intended recipient is prohibited. If you have received this transmission in error, please immediately reply to the sender and delete this information from your system. Use, dissemination, distribution, or reproduction of this transmission by unintended recipients is not authorized and may be unlawful.

OCA Official Form No.: 960

# AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA

**[This form has been approved by the New York State Department of Health]**

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| Robert Johnson | [redacted] | [redacted] |
| Patient Address: 1348 Eggart Place Far Rockaway NY 11691 | | |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.
2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.
3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.
4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.
5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.
6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
**NuHealth/NUMC/Nassau County Correctional CenterNuHealth, 100 CARMEN AVE, EAST MEADOW, NY 11554**

8. Name and address of person(s) or category of person to whom this information will be sent:
Internal Affairs Unit, 100 Carman Ave, East Meadow, NY, 11554

9(a). Specific information to be released:
- ☐ Medical Record from (insert date) Intake to (insert date) Present
- ☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.
- ☐ Other: ______

Include: (*Indicate by Initialing*)
- X RJ **Alcohol/Drug Treatment**
- X RJ **Mental Health Information**
- X RJ **HIV-Related Information**

**Authorization to Discuss Health Information**

(b) ☐ By initialing here X RJ (Initials) I authorize NCD IAU / NCSD / NuHealth (Name of individual health care provider) to discuss my health information with my attorney, or a governmental agency, listed here:
NCSD IAU
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: | 11. Date or event on which this authorization will expire: |
|---|---|
| ☐ At request of individual<br>☐ Other: | **ONE YEAR** |
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

X [signature]
Signature of patient or representative authorized by law.

Date: 10/13/21

* **Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.**

OCA Official Form No.: 960

# AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA

[This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| Robert Johnson | [redacted]85 | [redacted] |
| Patient Address: 1348 Eggart Place Far Rockaway NY 11691 | | |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form: In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.
2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.
3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.
4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.
5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.
6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
**NuHealth/NUMC/Nassau County Correctional CenterNuHealth, 100 CARMEN AVE, EAST MEADOW, NY 11554**

8. Name and address of person(s) or category of person to whom this information will be sent:
Internal Affairs Unit, 100 Carman Ave, East Meadow, NY, 11554

9(a). Specific information to be released:
☐ Medical Record from (insert date) Intake to (insert date) Present
☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.
☐ Other: ______

Include: (*Indicate by Initialing*)
RJ Alcohol/Drug Treatment
RJ Mental Health Information
RJ HIV-Related Information

**Authorization to Discuss Health Information**

(b) ☐ By initialing here X RJ (Initials) I authorize NCPD IAU / NCSD / NuHealth (Name of individual health care provider) to discuss my health information with my attorney, or a governmental agency, listed here:
NCSD IAU
(Attorney/Firm Name or Governmental Agency Name)

| | |
|---|---|
| 10. Reason for release of information:<br>☐ At request of individual<br>☐ Other: | 11. Date or event on which this authorization will expire:<br>**ONE YEAR** |
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

X [signature]
Signature of patient or representative authorized by law.

Date: 10/13/21

RECEIVED

* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

| NASSAU COUNTY SHERIFF'S DEPARTMENT<br>DIVISION OF CORRECTION | DATE: 10 / 13 / 2021 | |
|---|---|---|
| INJURY TO INMATE REPORT<br>Form CC-6090R | UOF # N/A | INJURY # 0747-21 |

**Instructions: Original Report to Inmate's Medical Record, One Copy to Investigating Supervisor.**

***SECTION 1 – TO BE COMPLETED BY EMPLOYEE. PLEASE PRINT CLEARLY.***

| Inmate Name (Last, First) | CC # | Housing Location: |
|---|---|---|
| Johnson, Robert | 202100 1706 | E2B11 |

**Force used on above inmate** (check one) ☐ Yes ☒ No (if Yes, describe all force used on inmate)

*Type* (If none, write N/A): N/A

*Part of Body* (If none, write N/A): N/A

**Date and Time of Injury:** 10/12/2021 Approx 1500 **Location of occurrence:** B2 Block Dayroom

**Details** (if additional space is needed, use "Injury to Inmate, Part II" form):

I/m claims to of been sexually assaulted by staff on B2B Block on 10/12/2021 at approx 1500 hrs. I/m evaluated by medical.

| Supervisor Notified (Print Last Name, First Name, Rank and Shield #) | Date: | Time: |
|---|---|---|
| mcmillan LT. 121 | 10 / 13 / 2021 | 1415 Hrs. |
| **Employee: I (did) (did not) witness this incident.** (did not circled) | [redacted] | |
| **Employee (print and sign)** Karanson [signature] | **Rank / Title** C.O | **Shield / ID #** 3024 |

***SECTION 2 – TO BE COMPLETED BY NUMC MEDICAL STAFF. PLEASE PRINT CLEARLY.***

Date of Injury: 10 / 13 / 21 Reported for Medical Attention: 10 / 13 / 21 @ 1507 Hrs.

NATURE OF INJURY AND CAUSE (if additional space is needed, use "Injury to Inmate, Part II" form):

TREATMENT: See Sick call

***PROGNOSIS:*** Good

Cause: Are the injuries observed consistent with the inmate's description (check one) ☒ Yes ☐ No

PLEASE CHECK DISPOSITION: ☐ Return to Housing Area ☐ Work Release ____ Days. ☐ Light Duty ____ Days

☐ Return to work assignment ☐ Re-Exam ____ Days ☐ Refer to Clinic ☐ Other (please specify)

☒ Transfer to hospital ☐ Life threatening emergency ☐ Serious Emergency ☐ Routine

| TREATED BY: (Print full name and Title, Sign Name) | Date: | Time: |
|---|---|---|
| Wanda Evelyn, NP #47490 [signature] | 10 / 13 / 21 | 1522 Hrs. |
| *I certify that the cause of injury as stated herein is to my knowledge true and medical attention was provided.* INMATE SIGNATURE: [signature] | | Date: 10 / 13 / 21 |
| WITNESSED BY (print and sign) Karanson [signature] · Rank/Title: C.O | Shield / ID # 3024 | Date: 10 / 13 / 21 |

NASSAU HEALTH CARE CORPORATION
- NASSAU COUNTY CORRECTIONAL FACILITY

# SICK CALL REQUEST
## (Peticion Para Tratamiento Medico)

For use by medical personnel only: (Completado por personal medico)
Date Received: 10/12/21 Time: 2300
Disposition: ☒ Next sick call ☐ MH
☐ Dental ☐ Podiatrist ☐ Eye Doctor
☐ Other: ____________
Triage Nurse Signature: SHARON NEYSMITH, RN [signature]

Part A: To be completed by the inmate
(Parte A: Completado por preso)

Date: 10/12/21 (Fecha) Unit: E2B

Inmate's Name: Robert Johnson (Nombre de preso)
Inmate number: 2021001706 (Numbrero) DOB [redacted]/1985

Reason for medical appointment (Razon para tratamiento medico): Im having problems with my Chest, Shortness of Breath. my eye socket is in pain my Face is Swollen and my head is in extreme pain Can you please help me

How long have you had this problem? 10/12/21 (Cuanto tiempo tienes con este problema?)
Have you been seen before for the same problem? ☐ Yes ☒ No

Comments: I've had this pain and trauma Since today

Nurse Signature: [signature] Date: 10/12/21 Time: 2230

Part B: To be completed by medical personnel - **DO NOT WRITE BELOW THIS LINE**
(Parte B: Completado por personal medico - **NO ESCRIBAS DEBAJO DE ESTA LINEA**)

**B/P:** 123/80 **T:** 98.1 **P:** 96 **R:** 16 **WT:** ______ **pO2:** 98% **BMI:** ______ **(When appropriate)**

**S:** Upon arrival to the sick call Client c/o sexual assault 10/12/21 c̄ [illegible] penetration. Client states was punched in face during

**O:** [illegible]
PE [illegible]
face bruise noted (L) side of face (+) ecchymosis noted (L) [illegible]
[illegible]

**A:** ____________

**P:** ____________

Date: __________ Time: __________

[signature] Wanda Evelyn, NP #47480
Signature & Credentials of Healthcare Provider

***Distribution:*** **WHITE** - Medical (NUMC) **YELLOW** - Mental Health **PINK** - Inmate Copy

61584322 (5/11/21) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL FACILITY

# PROBLEM LIST

PATIENT NAME: Johnson, Robert
ICN/NCC NUMBER: 2021001706
DATE OF BIRTH: [redacted] /85
GENDER: M?

Medication Allergies: NKDA
Other Allergies:

| Date of Onset | Medical Problems | Date of Onset | Psychiatric Problems |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Surgeries/Significant Procedures | Date | Referrals: Type (podiatry, Dental, Optometry, NUMC) | Date |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Test | Date Read | Results | Date Read | Results | Immunizations | Date |
|---|---|---|---|---|---|---|
| PPD 10/4/21 | 10/6/21 | 0mm | | | Flu | |
| CXR | | | | | Hepatitis A | |
| H&P 10/4/21 | | | | | Hepatitis B | |
| Pregnancy | | | | | Pneumonia vaccine | |
| Other | | | | | Tetanus | |
| COVID 10/4/21 | | Neg | | | COVID vaccine 1st dose 2nd dose or Single dose<br>Date: ______ ______ ______ | |

Female GYN/GU Screening ( Note if positive (+) or negative (-); If positive note of treatment )

| | Date | Results | Treatment | Date | Results | Treatment |
|---|---|---|---|---|---|---|
| RPR R/O | | | | | | |
| GC N/A | | | | | | |
| Chlamydia N/A | | | | | | |
| Hepatitis C | | | | | | |
| HIV | | | | | | |
| PAP | | | | | | |

61504338 (4/7/21) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL FACILITY

# INTAKE PHYSICAL EXAM AND HEALTH ASSESSMENT FORM
Page 1 of 2

PATIENT NAME: Johnson, Robert
ICN/NCC NUMBER: 20211000010
LOCATION:
DATE OF BIRTH: [redacted]85
GENDER: M

Date: 12/4/21 Time: 5:08pm
HPI/PMH: 36 AAM c PMH ē under MH history and was placed on Trazodone several months ago. Pt refused Covid vaccine and Fingerstick.

Subjective/Objective: Cooperative and Self aware. EtOH.
Medication: None. Non compliant ē MH med for past few months.

Review of Systems: Complete reverse side of this form Allergies: NKDA
Physical Examination:
Vital Signs: T 98.1 P 58 R 16 BP 105/72 Sp02 100% Peak Flow ____ Height 6 Weight 150 BMI 20 RBG Ref
General Appearance: NAD
Mental Status: AAO x3
HEENT: NCAT
Cardiovascular: S1S2 RRR
Lungs: CTA B/L
Abdomen: S/NT/ND
Rectal/Genital: Deferred
Extremities: Ambulatory Normal gait
Neurological: Non-focal
Skin: Multiple tattoos
Assessment/Diagnosis: Mental Health issues

Plan: F/U ē MH

Placement: ☑ General Population ☐ Infirmary ☐ Isolation
Referrals (Complete Referral form):
Laboratory: ☑ None ☐ Yes - Complete Order Sheet and check below ☐ CXR ☐ EKG
☐ CBC ☐ CMP ☐ TSH ☐ HA1C ☐ Lipid Panel ☐ UA ☐ UDrugTox ☐ UMicroalbumin ☐ Other
Chronic care completed: ☐ N/A ☐ Yes - Return:

HCP Signature: [signature] Ludmio Remy, MD 66595 Date/Time: 12/4/21 HCP Print Name: Ludmio Remy, MD 66595

Medical Director/Designee Signature: [signature] Date/Time: 12/5/21 8:00am Medical Director/Designee Print Name: Donna Henig, MD, CCHP Medical Director 66300

Print Interpreter Name and ID:

61584557 (8/11/21) 1.2

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL FACILITY

# INTAKE PHYSICAL EXAM AND HEALTH ASSESSMENT FORM
Page 2 of 2

PATIENT NAME: Johnson, Robert
ICN/NCC NUMBER: 2021/00010
LOCATION:
DATE OF BIRTH: [redacted]85
GENDER:

## REVIEW OF SYSTEMS

**Circle applicable conditions**

**Const. (Health in General)** ☑ No Problems — Lack of energy, unexplained weight gain or weight loss, loss of appetite, fever, night sweats, pain in jaw when eating, scalp tenderness, prior diagnosis of cancer.
Other: ________

**Ears, Nose, Mouth & Throat** ☑ No Problems — Difficulty with hearing, sinus problems, runny nose, post-nasal drip, ringing in ears, mouth sores, loose teeth, ear pain, nosebleeds, sore throat, facial pain or numbness.
Other: ________

**C-V (Heart & Blood Vessels)** ☑ No Problems — Irregular heartbeat, racing heart, chest pain, swelling of feet or legs, pain in legs with walking.
Other: ________

**Resp. (Lungs & Breathing)** ☑ No Problems — Shortness of breath, night sweats, prolonged cough, wheezing, sputum production, prior tuberculosis, oxygen at home, coughing up blood, abnormal chest x-ray.
Other: ________

**GI (Stomach & Intestines)** ☑ No Problems — Heartburn, constipation, diarrhea, abdominal pain, difficulty swallowing, nausea, vomiting, blood in stools, unexplained change in bowel habits, incontinence.
Other: ________

**GU (Kidney & Bladder)** ☑ No Problems — Painful urination, frequent urination, hesitancy, urgency, prostate problems, bladder problems.
Other: ________

**MS (Muscles, Bones, Joints)** ☑ No Problems — Joint pain, aching muscles, shoulder pain, swelling of joints, joint deformities, back pain.
Other: ________

**Integ. (Skin, Hair & Breast)** ☑ No Problems — Persistent rash, itching, new skin lesion, change in existing skin lesion, hair loss or increase, breast changes.
Other: ________

**Neurologic (Brain & Nerves)** ☑ No Problems — Frequent headaches, double vision, weakness, change in sensation, problems with walking or balance, dizziness, tremor, loss of consciousness, seizures, withdrawal seizures, uncontrolled motions, episodes of visual loss.
Other: ________

**Endocrinologic (Glands)** ☑ No Problems — Intolerance to heat or cold, menstrual irregularities, frequent hunger/urination/thirst.
Other: ________

**Hematologic (Blood/Lymph)** ☑ No Problems — Easy bleeding, easy bruising, anemia, abnormal blood tests, leukemia, unexplained swollen areas.
Other: ________

**Allergic/Immunologic** ☑ No Problems — Seasonal allergies, hay fever symptoms, itching, frequent infections, exposure to HIV.
Other: ________

61584557 (8/11/21) 2 2

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL FACILITY

# INTAKE HEALTH ASSESSMENT FORM



Date: 10/4/21 Time: 15:11

PATIENT NAME: Johnson Robert

ICN/NCC NUMBER: 2021100010 LOCATION: core

DATE OF BIRTH: [redacted] GENDER: m

**Allergies:** NKFDA **Reaction:** N/A **Height:** 6'0 **Weight:** 150

**Vital Signs** **B/P** 105/72 **P:** 58 **R:** 16 **T:** 98.1

*Peak Flow (Asthmatic Pt Only)* ______ *Pulse Oximeter (Asthmatic Pt Only)* 100% **RBG:** Refused

Preferred Language: English

| Health Screeners Observation | |
|---|---|
| **Appearance:** | ☑ Unremarkable ☐ Disheveled ☐ Chronically Ill ☐ Anxious ☐ Tremors ☐ Uncomfortable ☐ Sweating ☐ Other: |
| **Behavior:** | ☑ Acceptable ☐ Disorderly ☐ Aggressive ☐ Withdrawn ☐ Tearful ☐ Other: |
| **State of Consciousness:** | ☑ Alert and Oriented ☐ Intoxicated or drug impaired ☐ Altered consciousness ☐ Other: |
| **Ease of Movement:** | ☑ Unremarkable ☐ Unsteady ☐ Body Deformities/Amputee ☐ Paralysis ☐ Other: |
| **Breathing:** | ☑ Comfortable ☐ Coughing ☐ Hyperventilation ☐ Wheezing ☐ Other: |
| **Skin:** N/A | ☐ Lesions, Open sores, Serious rashes ☐ Evidence of recent injury ☐ Tattoos ☐ Body Piercing ☐ Abscess, Boil, possible MRSA ☐ Edemas of Extremities ☐ Needle Tracks ☐ Jaundice ☐ Skin Ulcer ☐ Other: |
| **Does the inmate's presentation or history suggest a risk of suicide?** | ☐ Yes ☑ No |

| Current Health Assessment | | | |
|---|---|---|---|
| **Any current medical complaints or injuries:** Denied | | | |
| **Are you in pain:** ☐ Yes ☑ No | Use numeric (1-10) pain scale | | |
| **Location:** | #1 Denied | #2 | #3 |
| **Pain Score:** | | | |

| *General Questions/Observations* | *Yes* | *No* | *Unk* | *Comments* |
|---|---|---|---|---|
| Do you have any medical conditions at this time? | | ✓ | | denied |
| Are you under the care of a: (If yes, Specific in comments) a. Physician | | ✓ | | denied |
| b. Psychiatrist/Psychologist/Therapist (circle) | ✓ | | | Can not Recall details |
| c. Dentist | | ✓ | | |
| Any hospitalization/surgeries within past 6 months? | | ✓ | | denied |
| Have you had a head injury or loss of consciousness? | | ✓ | | denied |
| Have you been sexually assaulted in the past 2 weeks? | | ✓ | | denied |
| Have you ever been incarcerated in the past 5 years? | ✓ | | | Upstate – 2020 |

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL FACILITY

# INTAKE HEALTH ASSESSMENT FORM

Page 2 of 4

PATIENT NAME: Johnson Robert

ICN/NCC NUMBER: 202110000 10

LOCATION:

DATE OF BIRTH: [redacted]

GENDER: M

## Past Medical History (If Yes, write onset in section below)

| | | | |
|---|---|---|---|
| ☐ Diabetes<br>☐ Hypertension<br>☐ Heart Disease<br>☐ Asthma<br>denied | ☐ HIV/AIDS<br>☐ Hepatitis A B C<br>☐ STD<br>☑ GI Disease<br>denies | ☐ Endocrine Disorder<br>☐ Neuromuscular Disease<br>☐ Arthritis<br>☐ Glaucoma<br>denied | ☐ Stroke<br>☐ Seizure: type<br>☑ Other:<br>denied |

Onset:

## Medications

Are you taking any prescribed medications? ☐ Yes ☑ No — Jail - upstate → Rikers Island

If yes, from which pharmacy? Name: ______ Location: ______

| Medication | Dose | Frequency | Last Taken | Purpose |
|---|---|---|---|---|
| Cannot Recall Psychmeds | | ? | a few Months ago | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Glasses/Contacts | Dentures | Hearing Aid | Prosthetic/Assistance Device |
|---|---|---|---|
| ☐ Yes, With Pt<br>☐ Yes, at home<br>☑ No<br>☐ Legally Blind | ☑ None ☐ Lower Partial<br>☐ Upper Full ☐ With Patient<br>☐ Upper Partial<br>☐ Lower Full | ☐ Yes<br>☑ No<br>☐ Deaf | ☑ No<br>☐ Yes (Specify) |

| | | |
|---|---|---|
| **Tobacco Use:** | ☐ Yes ☑ No Packs per day: ______ | |
| **Alcohol Use:** | ☐ Yes ☑ No Type of drink: ______<br>How much: ______ How often: ______ Last Drink: ______<br>Current/Prior withdrawal symptoms: denied | Are you interested in re-entry/Vivitrol program?<br>☐ Yes ☑ No<br>If Yes, insurance: ______ |
| **Street Drug:** | ☐ Yes ☑ No Type: ______<br>How much: ______ How often: ______ Last Use: ______<br>Current/Prior withdrawal symptoms: ______ | |

61584314 (8/31/21) 2.4

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL FACILITY

# INTAKE HEALTH ASSESSMENT FORM

Page 3 of 4

PATIENT NAME: Johnson Robert
ICN/NCC NUMBER: 2021160010
LOCATION:
DATE OF BIRTH: [redacted]
GENDER: M

Have you ever tested positive for TB? ☐ Yes ☑ No
If yes, Where: ______ When: ______

Cough – 2 weeks or more ☐ Yes ☑ No
Hemoptysis (coughing up blood) ☐ Yes ☑ No
Weight Loss ☐ Yes ☑ No
Fever ☐ Yes ☑ No
Night Sweats ☐ Yes ☑ No
Have you ever had active TB? ☐ Yes ☑ No

If positive:
Were you given medication? ☐ Yes ☑ No
How long you take the medication? ______
Did you take medication without interruption? ☐ Yes ☑ No
Have you lived with anyone or had close contacts with anyone who ever had TB? ☐ Yes ☑ No

| Immunizations | Yes | No | Administered Date(s) |
|---|---|---|---|
| Pneumococcus (Over age 50) Type: ______ | N/A | | |
| Hepatitis A | | ✓ | |
| Hepatitis B | | ✓ | |
| Influenza | | ✓ | |
| BCG | | ✓ | |
| Varicella | | ✓ | |

Have you ever had Chicken Pox? ☐ Yes ☑ No Age? ______
Blood Disorder (Sickle Cell, Hemophilia, Anemia, Etc) ☐ Yes ☑ No
Have you ever tested positive for Covid-19? ☐ Yes ☑ No If Yes, when ______
Have you received a Covid-19 vaccination? ☐ Yes ☑ No If yes, Manufacturer: ______
1st dose date received: ______ 2nd dose: ______ Booster: ______
If no, do you want to receive the vaccine? ☐ Yes ☑ No

## FEMALE PATIENTS ONLY

N/A

Have you had abnormal vaginal bleeding? ☐ Yes ☐ No If > 50 years, last mammogram date: ______
Are you pregnant? ☐ Yes ☐ No Counseling and Education given (birth control) ☐ Yes ☐ No
Date of LMP(Month/Day/Year) ______ Gravida ______ Para: ______
Last PAP: ______ Any history of abnormal PAP? ☐ Yes ☐ No

**Referrals:** ☑ Mental Health ☐ Urgent Medical Referral

**Notes:** Sick Call Explained / Educ

61584314 (8/31/21) 3.4

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL FACILITY

# INTAKE HEALTH ASSESSMENT FORM

Page 4 of 4

PATIENT NAME: Johnson, Robert
ICN/NCC NUMBER: 2021100010
LOCATION:
DATE OF BIRTH: [redacted]85
GENDER: M

Consent "I have received instructions on access to medical, dental and mental healthcare. All of my questions have been answered. I also hereby give my consent for professional healthcare services to be provided to me through or by Nassau University Medical Center I certify that all information as stated herein, is made freely and is to my knowledge true."

Inmate Signature: [signature] Date: 10/4/21 Time: 15:13

Print Telephonic Interpreter's Name and ID: ______ Date: ______ Time: ______

RN Stamp & Signature: [signature] Sonia Cornelius, RN Date: 10/4/21 Time: 15:13

| Required Testing | Testing Offered |
|---|---|
| PPD: R Arm (circled) L Arm Refused History, Positive<br>Lot #: 28764 Exp. Date: 10/22 | Hep C: Accepted Declined |
| | HIV: Accepted Declined |
| VDRL: Drawn Refused (circled) | Gonorrhea/Chlamydia: Accepted Declined |
| | Pregnancy: Beta Urine HCG Refused N/A |
| RN Stamp & Signature: Angeline Jean-Louis, RN [signature] Date: 10/4/21 Time: 17:35 | |

HCP Reviewer Stamp & Signature: [signature] Ludmio Remy, MD 66595 Date: 10/4/21 Time: 5:07pm

Medical Director/Designee Reviewer Stamp & Signature: [signature] Donna Henig, MD, CCHP Medical Director 66300 Date: 10/5/21 Time: 900 am

Donna Henig, MD, CCHP
Medical Director
66300

61584314 (8/31/21) 4.4

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

## INTERNAL CLINIC REFERRAL SERVICES

PATIENT NAME: Johnson, Robert
ICN/NCC NUMBER: 2021100010
DATE OF BIRTH: [redacted]85
GENDER: M

**Date:** 10/20/21 **Time:** 14:18

Type of consult-Check appropriate line:

- ☐ Optometry
- ☐ Podiatry
- ☐ Case Management
- ☐ Other
- ☐ Infectious Disease
- ☐ Dietary
- ☑ Mental Health
- ☐ Medical
- ☐ Dental
- ☐ HIV Testing
- ☐ Ortho
- ☐ Physical Therapy
- ☐ OBGYN

☐ Urgent (ASAP): Nature of problem:

☑ Routine: Nature of Problem: Pt. reports alleged physical and sexual assault on 10/12/21. Pt. reports he is traumatized. Please evaluate.

Chronic Care Clinic: Check all apply:

- ☐ Cardiovascular (Hypertension, Hyperlipidemia, Cardiac, etc.)
- ☐ Endocrine (Diabetes, Thyroid, etc.)
- ☐ Gastrointestinal Hepatitis, Cirrhosis, etc.)
- ☐ Immunity (HIV)
- ☐ Miscellaneous (Glaucoma, Seizure Disorder, etc.)
- ☐ Oncology (Cancer, Leukemia, etc.)
- ☐ Pulmonary (Asthma, COPD, etc.)
- ☐ Renal (Dialysis, Kidney Disease, etc.)
- ☐ Tuberculosis (+PPD, TB Disease)

Seen by L. Pugano on 10/20/2021

Signature: Mansoor. Date: 10/20/21 Time: 14:19

Print Name and Title: MOHSIN MANSOOR, MD 62608

61584352 (9/21/17) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL FACILITY

**SICK CALL REQUEST**
**(Peticion Para Tratamiento Medico)**

For use by medical personnel only: (Completado por personal medico)
Date Received: 10-19-21 Time: 23:30
Disposition: ☐ Next sick call ☐ MH ✓ Am
☐ Dental ☐ Podiatrist ☐ Eye Doctor
☐ Other: ____
Triage Nurse Signature: [signature]

Part A: To be completed by the inmate
(Parte A: Completado por preso)

Date: 10/19/2021 (Fecha) Unit: E2B

Inmate's Name: Robert Johnson (Nombre de preso)
Inmate number: 2111004706 (Numbrero)
DOB: [redacted]

Reason for medical appointment (Razon para tratamiento medico): I have been in a lot of pain my Chest, Back, Neck, Eye socket and my EARS have been in pain and hurting me. This is my 5th sickcall I've written in [a row] I have went without medical treatment unanswered from this facility. for the 5th time can some one please give me medical treatment

How long have you had this problem? ____ (Cuanto tiempo tienes con este problema?)
Have you been seen before for the same problem? ☐ Yes ☐ No

Comments: ____

Nurse Signature: [signature] Date: 10/19/21 Time: 9P

Part B: To be completed by medical personnel - **DO NOT WRITE BELOW THIS LINE**
(Parte B: Completado por personal medico - **NO ESCRIBAS DEBAJO DE ESTA LINEA**)

**B/P:** 126/87 **T:** 98°F **P:** 62 **R:** 16 **WT:** ____ **pO2:** 99% RA **BMI:** ____ **(When appropriate)**

**S:** 36 yo M c/o generalized upper body pain since 10/12/21 s/p alleged physical and sexual assault. Pt. evaluated in NUMC ER

**O:** on 10/13/21. Pt. still c/o neck pain in back. Also reports seen spots on lateral side of left eye with associated blur vision. Pt. states he can still see through left eye but it's not as clear as it used to be.
10/13/21: Chest x-ray: No acute pulmonary disease. The visualized osseous structures appear intact and within normal limit. CT Head: No acute intracranial pathology. Small subarachnoid cyst in the high left parietal convexity 2x0.9cm.

**A:** CT Maxillofacial: No fracture identified. Mild asymmetric left facial soft tissue swelling
CT C-spine: No fracture or subluxation. Eyes: EOM intact. no redness of eyes.

**P:** Ophthalmology referral Left cheek: Healing abrasion. Normal gait.
Motrin 600mg oral BID PRN - Flexeril 5mg oral BID
Mental Health evaluation, Pt. states he is traumatized by incident.
Incidental subarachnoid cyst on CT Head: Neurosurgery evaluation.

Date: 10/20/21 Time: 10:00 [signature] MOHSIN MANSOOR, MD
Signature & Credentials of Healthcare Provider

***Distribution:*** **WHITE** - Medical (NUMC) **YELLOW** - Mental Health **PINK** - Inmate Copy

61584322 (5/11/21) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL FACILITY

## SICK CALL REQUEST
## (Peticion Para Tratamiento Medico)

**For use by medical personnel only:** (Completado por personal medico)

Date Received: 10·18·21 Time: 23.'45

Disposition: ☑ Next sick call ☐ MH ☐ Dental ☐ Podiatrist ☐ Eye Doctor ☐ Other: ______

Triage Nurse Signature: [signature]

Part A: To be completed by the inmate
(Parte A: Completado por preso)

Date: 10/18/2021 (Fecha) Unit: E2B-11

Inmate's Name: ROBert Johnson (Nombre de preso)

Inmate number: 2021001706 (Numbrero) DOB: 02/27/1985

Reason for medical appointment (Razon para tratamiento medico): I have been in alot of pain my chest, my face, eye socket and vision is hurting me badly I've Been in pain Since 10/12/2021 I've Been enduring pain with no medical treatment At ALL Can someone please [illegible] give me medical care plz

How long have you had this problem? ______ (Cuanto tiempo tienes con este problema?)

Have you been seen before for the same problem? ☐ Yes ☐ No

Comments: ______

Nurse Signature: [signature] LPN Date: 10/18/21 Time: 1958

Part B: To be completed by medical personnel - **DO NOT WRITE BELOW THIS LINE**
(Parte B: Completado por personal medico - **NO ESCRIBAS DEBAJO DE ESTA LINEA**)

**B/P:** ______ **T:** ______ **P:** ______ **R:** ______ **WT:** ______ **pO2:** ______ **BMI:** ______ **(When appropriate)**

**S:** Seen on 10/20/21.
Mansoor

**O:** ______

**A:** ______

**P:** ______

Date: ______ Time: ______

Signature & Credentials of Healthcare Provider

***Distribution:*** **WHITE** - Medical (NUMC) **YELLOW** - Mental Health **PINK** - Inmate Copy

61584322 (5/11/21) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL FACILITY

## SICK CALL REQUEST
## (Peticion Para Tratamiento Medico)

For use by medical personnel only: (Completado por personal medico)
Date Received: 10/16/21 Time: 0200
Disposition: ☑ Next sick call ☐ MH
☐ Dental ☐ Podiatrist ☐ Eye Doctor
☐ Other: ____
Triage Nurse Signature: SHARON NEYSMITH, RN [signature]

Part A: To be completed by the inmate
(Parte A: Completado por preso)

Date: 10/14/2021 Unit: E2B
(Fecha)

Inmate's Name: Robert Johnson
(Nombre de preso)

Inmate number: ____ DOB: [redacted] /85
(Numbrero)

Reason for medical appointment (Razon para tratamiento medico):
I have been in extreme pain ~~[illegible]~~ my back & neck & face is in pain alot. my spine is hurting me badly ~~[illegible]~~ I've been in pain since 10/12/2021 I've been enduring pain with no medical treatment At All can someone please do their job and give me medical care for my injury plz

How long have you had this problem? ____ Have you been seen before for the same problem? ☐ Yes ☐ No
(Cuanto tiempo tienes con este problema?)

Comments: ____

Nurse Signature: [signature] Kaylon DeMendonca, LPN Date: 10/15 Time: 10p

Part B: To be completed by medical personnel - **DO NOT WRITE BELOW THIS LINE**
(Parte B: Completado por personal medico - **NO ESCRIBAS DEBAJO DE ESTA LINEA**)

**B/P:** ____ **T:** ____ **P:** ____ **R:** ____ **WT:** ____ **pO2:** ____ **BMI:** ____ **(When appropriate)**

S: seen on 10/20/21. Mansoor

O: ____

A: ____

P: ____

Date: ____ Time: ____

Signature & Credentials of Healthcare Provider

***Distribution:*** **WHITE** - Medical (NUMC) **YELLOW** - Mental Health **PINK** - Inmate Copy

61584322 (5/11/21) 1 1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL FACILITY

## SICK CALL REQUEST
## (Peticion Para Tratamiento Medico)

For use by medical personnel only: (Completado por personal medico)
Date Received: 10/12/21 Time: 2300
Disposition: ☑ Next sick call ☐ MH ☐ Dental ☐ Podiatrist ☐ Eye Doctor ☐ Other: ____
Triage Nurse Signature: SHARON NEYSMITH, RN [signature]

Part A: To be completed by the inmate
(Parte A: Completado por preso)

Date: 10/12/21 (Fecha) Unit: E2B

Inmate's Name: ROBERT Johnson (Nombre de preso)
Inmate number: 2021001706 (Numbrero) DOB: [redacted]/1985

Reason for medical appointment (Razon para tratamiento medico): Im having PROBLEMS with my Chest, Shortness of Breath. my eye socket is in pain my face is swollen and my head is in extreme pain Can you please help me

How long have you had this problem? 10/12/21 (Cuanto tiempo tienes con este problema?)
Have you been seen before for the same problem? ☐ Yes ☑ No

Comments: I've had this pain and trauma since today

Nurse Signature: [signature] Date: 10/12/21 Time: 2230

Part B: To be completed by medical personnel - **DO NOT WRITE BELOW THIS LINE**
(Parte B: Completado por personal medico - **NO ESCRIBAS DEBAJO DE ESTA LINEA**)

B/P: 123/80 T: 98.1 P: 96 R: 16 WT: ____ pO2: 98% BMI: ____ **(When appropriate)**

S: Upon arrival to the sick call client s/o sexual assault 10/12/21 c [illegible] penetrated. Client states was punched in face during

O: [illegible]
PE: Gen. anxious
face bruise noted (L) side of face (+)ecchymosis noted (L) [illegible]
[illegible]

A:

P:

Date: ____ Time: ____

[signature] Wanda Evelyn, NP # 47480
Signature & Credentials of Healthcare Provider

*Distribution:* **WHITE** - Medical (NUMC) **YELLOW** - Mental Health **PINK** - Inmate Copy

61584322 (5/11/21) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

# EMERGENCY DEPARTMENT TRANSFER NOTIFICATION

PATIENT NAME: Johnson Robert

ICN/NCC NUMBER: 2021100010

INSURANCE INFORMATION:

DATE OF BIRTH: [redacted]

GENDER:

INSTITUTION: NCCF DATE: ______ TIME: ______

TRANSPORTATION AUTHORIZATION #: ______

Name of attending in medical unit: Dr Henry

Name of HCP authorizing transfer: W Evelyn NP

Name of hospital: NUMC

Address/Telephone: ______

Transported by: Emergency "911" Contact Ambulance **(Facility Security)** [circled]

*Clinical information:*
REASON FOR TRANSFER (diagnosis) c/o sexual ass.

Vital Signs: BP 123/80 T 98.1 P 96 R 16 P02 98% Blood Glucose ______

ADDITIONAL CLINICAL INFORMATION: 36 y/o male c/o sexual assault 10/12/21 c/o penetration. c/o bruise to side. ecchymosis noted (L) side of face: sent to ER for further evaluation & treatment

Current Medications:
– none –

ALLERGIES: NKDA.

SIGNATURE: [signature] Wanda Evelyn, NP #47480 DATE: 10/12/21 TIME: 1515

PRINT NAME: ______ TITLE: ______

61584324 (11/22/19) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

# EMERGENCY DEPARTMENT TRANSFER NOTIFICATION

PATIENT NAME: Johnson Robert

ICN/NCC NUMBER: 2021100010

INSURANCE INFORMATION:

DATE OF BIRTH: [redacted] /85

GENDER:

INSTITUTION: NCCF DATE: ______ TIME: ______

TRANSPORTATION AUTHORIZATION #: ______

Name of attending in medical unit: Dr Henry

Name of HCP authorizing transfer: W Evelyn NP

Name of hospital: NUMC.

Address/Telephone: ______

Transported by: Emergency "911" Contact Ambulance **Facility Security** (circled)

*Clinical information:*
REASON FOR TRANSFER (diagnosis) c/o sexual ass

Vital Signs: BP 123/80 T 98.1 P 96 R 16 P02 98% Blood Glucose ______

ADDITIONAL CLINICAL INFORMATION: 36 y/o male c/o sexual assault 10/12/21 c/o penetration. c/o bruise to side. ecchymoses noted (L) side of face. sent to ES for further evaluation & treatment

Current Medications:
— none —

ALLERGIES: NKDA.

SIGNATURE: WEvelyn — Wanda Evelyn, NP # 47480 DATE: 10/12/21 TIME: 1515

PRINT NAME: ______ TITLE: ______

61584324 (11/22/19) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER
**Correctional Health Services**

# PROGRESS NOTE

PATIENTS NAME: Johnson, Robert
ICN/NCC NUMBER: 2021100010
LOCATION: Coke
DATE OF BIRTH: [redacted] 85
GENDER: M

| DATE / TIME | |
|---|---|
| 10/4/21 1735 | NN PPD RFA LOT 287640 exp 10/22 covid19 testing done patient refused Finger stick and Labs work refusal on file refer to HCP for further eval. — P. Louis<br>Angeline Jean-Louis, RN |
| 10/6/21 | COVID-19 — Neg<br>Ahmed<br>MASUMA AHMED, MD |
| 10/6/21 2100 | PPD read. 0 mm cleared.<br>S. Francis LPN<br>SADIKA FRANCIS, LPN |
| 10/13/2021 4 pm | Hospital Return<br>36 y old ♂ pt back to jail after being sent to ER for evaluation in sexual abuse ground. No prior PMHx<br>Apparently pt was searched at some point during the day for suspicion of holding stupefiants. Patient then claimed that DOC sexually abused him and was ?? punched on (L) side of face. Patient claimed that DOC introduced fingers in his anus.<br>AAOx3 Cooperative BP 146/79 P 77 RR 18 T = 98.5 Sat O2 = 98% RA<br>Skin ecchymosis (L) side of face neck = supple, no JVD<br>Lungs clear b/l Heart RRS1S2<br>Abd soft BS+ Rectal no edema [illegible]<br>Neuro = intact |

Ap = allegation of sexually abuse
A > see MH → [illegible] to G.P. analgesics prn

CARL-HENRI SANCHEZ, MD
[illegible]

NUMC 1061
61583446 (9/23/20) 11

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL FACILITY
Correctional Health Services

# PROGRESS NOTE

PATIENTS NAME: Johnson Robert
ICN/NCC NUMBER: 2021100010
LOCATION:
DATE OF BIRTH: [redacted]/1985
GENDER: Male

| DATE / TIME | |
|---|---|
| 10/13/2021 21:00 | N/N: V/S BP 146/79 T 97.5 P 77 R 18 O2 Sat 98% RA Pt hospital return with discharged Summary Evaluated by Dr Sanchez and Mental Health cleared for housing no new orders noted. JANICE OFFLEY RN |
| 10/28/21 | Hx Assault.. 36 yr<br>Δ in Vision since<br>Trauma to left cheek<br>VA (suspect malingering) 20/100 20/100<br>#4 - 2.75-1.25 x 16 / #7 - 75 20/25<br>2. -75 → -3.25 / -150 20/30 (slow reading)<br>IOP OD 17 / 19<br>OS 25 / 27 9:30 Am Tonopen<br>Since IOP is elevated & it is 2 eyes<br>Post-trauma: Recc: Refer to ophthalmology<br>For full eval<br>Dr. J. Sklar, O.D.<br>NPI 13169 40869 |

NUMC 1061
61583446 (5/11/21) 1/1

# PHYSICIAN'S ORDER FORM

| | | | |
|---|---|---|---|
| ORDER# | 176560-224483 | TYPE | ADMISSION |
| EFF.DATE | 10/20/2021 02:17 PM | PAGE | 1 OF 1 |
| FACILITY | Nassau University Medical Center, 100 Carman Avenue, East Meadow, NY 11554, P. (516) 572-390 | | |

CHEMRX LONG TERM CARE PHARMACY

| Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|
| JOHNSON (1), ROBERT | COR | COR | COR | M | [redacted]985 | 2021100010 | | | HENIG, DONNA |

Pharmacy MOP

## DRUG ORDERS

**FLEXERIL 5MG TABLET (CYCLOBENZAPRINE)** 10/20/2021
ONE TABLET BY MOUTH TWICE A DAY AM AND PM PRN
A. Daleo LPN 44412
WEIGHT: 150 LBS
DAYS: 7
MAR

**IBUPROFEN 200MG TABLET (MOTRIN)** 10/20/2021
A. Daleo LPN
THREE TABLET(S) BY MOUTH TWICE A DAY AM AND PM PRN
STOCK
WEIGHT: 150 LBS
DAYS: 10
MAR

## NON-DRUG ORDERS

**MISCELLANEOUS / OTHER** 10/20/2021
OPHTHALMOLOGY CLINIC Scanned
DAYS: 1
A. Daleo LPN 44412

**MISCELLANEOUS / OTHER** 10/20/2021
NEUROSURGERY CLINIC Scanned
A. Daleo LPN 44412
DAYS: 1

**MISCELLANEOUS / OTHER** 10/20/2021
MENTAL HEALTH REFERRAL Copy to med rec
A. Daleo LPN 44412
DAYS: 1

A. Daleo LPN 44412

E2B11

**DIAGNOSIS & COMMENTS**
OTHER SPECIFIED HEALTH STATUS Z78

**ALLERGIES**
NKDA

MEDICATIONS WILL BE DISPENSED FOR 30 DAYS UNLESS OTHERWISE INDICATED. REFILLABLE 2 TIMES UPON REEVALUATION AND RENEWAL OF ORDERS BY PRESCRIBER

I CERTIFY THE ABOVE NAMED RESIDENT IS IN NEED OF CONTINUED (NF) CARE | DISPENSE AS WRITTEN | THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES "d a w" IN THE BOX

| | | | | | |
|---|---|---|---|---|---|
| Prescriber Name | MANSOOR, MOHSIN | | | | |
| LIC # | 2960801 | DEA # | FM7973755 | NPI # | 1033505490 |
| Prescriber Signature | [signature] | Date | 10/20/2021 02:17 PM | | |
| Picked By | Daleo | Date | 10/20 | Time | 1530 |
| Reviewed By | [signature] | Date | 10/20 | Time | 10p |
| Reviewed By | | Date | | Time | |
| Reviewed By RPH | | Date | | Time | |

| NCC | Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|---|
| | JOHNSON (1), ROBERT | COR | COR | COR | M | [redacted]985 | 2021100010 | | | HENIG, DONNA |

Nassau Univ. Medical Center

**Patient Results**

| | | | |
|---|---|---|---|
| **JOHNSON, ROBERT** | **FT-Rm-8 A** | **36y** | **M** |
| **DSC** | | [redacted]**985** | **1929439H / 7639843** |
| **13-Oct-2021 17:24** | **CT Head/Brain; w/o Contrast** | | **1 or more Final Results Received** |

Exam Report Prelim

Nassau Health Care Corporation
NASSAU UNIVERSITY MEDICAL CENTER
2201 Hempstead Turnpike East Meadow, NY 11554
(516) 572-6635
Department of Radiology

Preliminary

Patient:JOHNSON,ROBERT 36Y M MRN:1929439H
Loc:EMS-TR DOB:[redacted]/1985
Dr:ESPERANZA BISONO, ANDREA Date of Exam:10/13/2021
Order #: CT28168-21 CT HEAD/BRAIN W/O CONTRAST
The undersigned attending reviewed and agreed with the interpretation.
==================================================================

THIS IS A PRELIMINARY REPORT AND HAS NOT BEEN REVIEWED BY THE UNDERSIGNING ATTENDING.

EXAMINATION:
NONCONTRAST COMPUTED TOMOGRAPHY OF THE HEAD

HISTORY:
Physical assault yesterday c/o headache and pain to L cheekbone

TECHNIQUE:
Multiple contiguous axial sections of the head were obtained without the intravenous administration of contrast.

COMPARISON:
None available.

FINDINGS:
The ventricles and subarachnoid spaces are normal in size. The basilar cisterns are patent. Nonspecific benign mineralization of bilateral basal ganglia. Small subarachnoid cyst in the high left parietal convexity measuring approximately 2 x 0.9 cm.

No mass effect, acute hemorrhage, or acute appearing territorial infarct is identified.

The skull base and calvarium are intact. See separate maxillofacial CT report for full exam details.

Mansoor
10/20/21
14:00
MOHSIN MANSOOR MD

IMPRESSION:
No acute intracranial pathology on this unenhanced CT.

ICD-10 Code:

*****************************************************************
*****************************************************************

**Requested By : Mansoor, Mohsin (Physician)** **Printed From : Nassau Univ. Medical Center**

**10/20/2021 8:43:00 AM**

Nassau Univ. Medical Center

**Patient Results**

| | | | |
|---|---|---|---|
| **JOHNSON, ROBERT** | **FT-Rm-8 A** | **36y** | **M** |
| **DSC** | | [redacted]**985** | **1929439H / 7639843** |
| **13-Oct-2021 17:24** | **CT Head/Brain; w/o Contrast** | | **1 or more Final Results Received** |

EXAMINATION:
MAXILLOFACIAL COMPUTED TOMOGRAPHY WITHOUT IV CONTRAST

HISTORY:
Physical assault yesterday c/o headache and pain to L cheekbone

TECHNIQUE:
Multiple thin 1 mm thick axial sections were obtained through the orbits and sinuses without the intravenous administration of contrast. Multiplanar reformatted images were acquired.

COMPARISON:
None available.

FINDINGS:
No fractures are seen. There is mild asymmetric left facial soft tissue swelling.

No intraorbital hematoma or emphysema is identified. The globes appear intact.

The tympanomastoid air cells and paranasal sinuses are clear. Mild mucosal thickening in the floor of the right maxillary sinus.

Evidence of periodontal disease with numerous dental caries. Impacted left maxillary molar tooth.

IMPRESSION:
No fracture identified.
Mild asymmetric left facial soft tissue swelling.

ICD-10 Code:
*************************************************************
*************************************************************

EXAMINATION:
NONCONTRAST COMPUTED TOMOGRAPHY OF THE CERVICAL SPINE

HISTORY:
Physical assault yesterday c/o headache and pain to L cheekbone

TECHNIQUE:
Multiple contiguous noncontrast axial sections are obtained from the posterior fossa to the cervical thoracic junction without the intravenous administration of contrast. Multiplanar reformation was performed in the coronal and sagittal planes.

COMPARISON:
None available.

FINDINGS:
The vertebral segments appear intact.

No significant degenerative changes are appreciated.

Nassau Univ. Medical Center

**Patient Results**

| | | | |
|---|---|---|---|
| **JOHNSON, ROBERT** | **FT-Rm-8 A** | **36y** | **M** |
| **DSC** | | **[redacted]1985** | **1929439H / 7639843** |
| **13-Oct-2021 17:24** | **CT Head/Brain; w/o Contrast** | | **1 or more Final Results Received** |

There is straightening of the normal cervical lordosis, but the posterior margins of the cervical vertebral bodies are aligned. This is likely positional in nature.

No prevertebral soft tissue swelling is identified. The lung apices are clear.

IMPRESSION:
No fracture or subluxation.

ICD-10 Code:

Dictated By: WHORTON, MITCHEL
Dictation Date/Time: 10/13/2021 17:20:57
Job Status: PRELIMINARY

Exam Report Final Updated

Nassau Health Care Corporation
NASSAU UNIVERSITY MEDICAL CENTER
2201 Hempstead Turnpike East Meadow, NY 11554
(516) 572-6635
Department of Radiology
Final

Patient:JOHNSON,ROBERT 36Y M MRN:1929439H
Loc:EMS-TR DOB [redacted]/1985
Dr:ESPERANZA BISONO, ANDREA Date of Exam:10/13/2021
Order #: CT28168-21 CT HEAD/BRAIN W/O CONTRAST
The undersigned attending reviewed and agreed with the interpretation.
===========================================================

EXAMINATION:
NONCONTRAST COMPUTED TOMOGRAPHY OF THE HEAD

HISTORY:
physcial assault yesterday c/o headache and pain to L cheekbone

TECHNIQUE:
Multiple contiguous axial sections of the head were obtained without the intravenous administration of contrast.

COMPARISON:
None available.

FINDINGS:
The ventricles and subarachnoid spaces are normal in size. The basilar cisterns are patent. Nonspecific benign mineralization of bilateral basal ganglia. Small subarachnoid cyst in the high left parietal convexity measuring approximately 2 x 0.9 cm.

**Patient Results**

| | | | | |
|---|---|---|---|---|
| **JOHNSON, ROBERT** | **FT-Rm-8 A** | **36y** | **M** | |
| **DSC** | | [redacted]**985** | **1929439H / 7639843** | |
| **13-Oct-2021 17:24** | **CT Head/Brain; w/o Contrast** | | | **1 or more Final Results Received** |

No mass effect, acute hemorrhage, or acute appearing territorial infarct is identified.

The skull base and calvarium are intact. See separate maxillofacial CT report for full exam details.

IMPRESSION:
No acute intracranial pathology on this unenhanced CT.

ICD-10 Code: Y09

****************************************************************
****************************************************************

EXAMINATION:
MAXILLOFACIAL COMPUTED TOMOGRAPHY WITHOUT IV CONTRAST

HISTORY:
physcial assault yesterday c/o headache and pain to L cheekbone

TECHNIQUE:
Multiple thin 1 mm thick axial sections were obtained through the orbits and sinuses without the intravenous administration of contrast. Multiplanar reformatted images were acquired.

COMPARISON:
None available.

FINDINGS:
No fractures are seen. There is mild asymmetric left facial soft tissue swelling.

No intraorbital hematoma or emphysema is identified. The globes appear intact.

The tympanomastoid air cells and paranasal sinuses are clear. Mild mucosal thickening in the floor of the right maxillary sinus.

Evidence of periodontal disease with numerous dental caries. Impacted left maxillary molar tooth.

IMPRESSION:
No fracture identified.
Mild asymmetric left facial soft tissue swelling.

ICD-10 Code: Y09
****************************************************************
****************************************************************

EXAMINATION:
NONCONTRAST COMPUTED TOMOGRAPHY OF THE CERVICAL SPINE

HISTORY:

Nassau Univ. Medical Center

## Patient Results

| | | | |
|---|---|---|---|
| JOHNSON, ROBERT | FT-Rm-8 A | 36y | M |
| DSC | | [redacted]1985 | 1929439H / 7639843 |
| 13-Oct-2021 17:24 | CT Head/Brain; w/o Contrast | | 1 or more Final Results Received |

physcial assault yesterday c/o headache and pain to L cheekbone

TECHNIQUE:
Multiple contiguous noncontrast axial sections are obtained from the posterior fossa to the cervical thoracic junction without the intravenous administration of contrast. Multiplanar reformation was performed in the coronal and sagittal planes.

COMPARISON:
None available.

FINDINGS:
The vertebral segments appear intact.

No significant degenerative changes are appreciated.

There is straightening of the normal cervical lordosis, but the posterior margins of the cervical vertebral bodies are aligned. This is likely positional in nature.

No prevertebral soft tissue swelling is identified. The lung apices are clear.

IMPRESSION:
No fracture or subluxation.

ICD-10 Code: Y09

Dictated By: WHORTON, MITCHEL
Dictation Date/Time: 10/13/2021 17:20:57
Approved By: PATEL, SAURABH
Last Updated Time: 10/14/2021 16:34:04
Job Status: FINAL

Nassau Univ. Medical Center

**Patient Results**

| | | | | |
|---|---|---|---|---|
| **JOHNSON, ROBERT** | **FT-Rm-8 A** | **36y** | **M** | |
| **DSC** | | **[redacted]1985** | **1929439H / 7639843** | |
| **13-Oct-2021 17:18** | **Chest 1 View** | | | **1 or more Final Results Received** |

Exam Report                                                                 Prelim

Nassau Health Care Corporation
NASSAU UNIVERSITY MEDICAL CENTER
2201 Hempstead Turnpike East Meadow, NY 11554
(516) 572-6635
Department of Radiology

Preliminary

---

Patient:JOHNSON,ROBERT    36Y M [redacted] MRN:1929439H
Loc:EMS-TR    DOB [redacted]/1985
Dr:ESPERANZA BISONO, ANDREA    Date of Exam:10/13/2021
Order #: CR60324-21 CHEST 1 VIEW
The undersigned attending reviewed and agreed with the interpretation.
===================================================================

THIS IS A PRELIMINARY REPORT AND HAS NOT BEEN REVIEWED BY THE UNDERSIGNING ATTENDING.

EXAMINATION:
CHEST RADIOGRAPH: AP

HISTORY:
physical assault

COMPARISON/CORRELATION:
None available.

FINDINGS:
The lungs and pleura are clear. Bilateral costophrenic angles are sharp.

The cardiomediastinal silhouette appears within normal limits.

The visualized osseous structures appear intact and within normal limits.

IMPRESSION:
No acute pulmonary disease.

ICD-10 Code:

Dictated By: WHORTON, MITCHEL
Dictation Date/Time: 10/13/2021 17:37:00
Job Status: PRELIMINARY

Nassau Univ. Medical Center

**Patient Results**

**JOHNSON, ROBERT** **FT-Rm-8 A** **36y** **M**
**DSC** [redacted]**1985** **1929439H / 7639843**

**13-Oct-2021 17:18** **Chest 1 View** **1 or more Final Results Received**

Exam Report Final Updated

Nassau Health Care Corporation
NASSAU UNIVERSITY MEDICAL CENTER
2201 Hempstead Turnpike East Meadow, NY 11554
(516) 572-6635
Department of Radiology
Final

Patient:JOHNSON,ROBERT 36Y M MRN:1929439H
Loc:EMS-TR DOB:[redacted]1985
Dr:ESPERANZA BISONO, ANDREA Date of Exam:10/13/2021
Order #: CR60324-21 CHEST 1 VIEW
The undersigned attending reviewed and agreed with the interpretation.

EXAMINATION:
CHEST RADIOGRAPH: AP

HISTORY:
physical assault

COMPARISON/CORRELATION:
None available.

FINDINGS:
The lungs and pleura are clear. Bilateral costophrenic angles are sharp.

The cardiomediastinal silhouette appears within normal limits.

The visualized osseous structures appear intact and within normal limits.

IMPRESSION:
No acute pulmonary disease.

ICD-10 Code: Y09

Dictated By: WHORTON, MITCHEL
Dictation Date/Time: 10/13/2021 17:37:00
Approved By: PATEL, SAURABH
Last Updated Time: 10/14/2021 19:47:43
Job Status: FINAL

4

QLS QUALITY LABORATORY SERVICE
2651 EAST 14TH STREET BROOKLYN, NY 11235 • P.718.646.5100 • F.718.332.2574 • QualityLaboratory.com

MEDICAL DIRECTORS
Lana Kleynerman, M.D.
Robert L. Rush, Ph.D., D.A.B.C.C.

CONFIDENTIAL - LABORATORY REPORT

| | | | | | |
|---|---|---|---|---|---|
| JOHNSON, ROBERT | | Room # | | DOB [redacted]/1985 Age 36 S M | |
| Chart # | R0000063675 | Pat. Phone # | 5165723903 | Loc # 0 | |
| Lab # | 2110050328 | Path | | ID # 2021100010 | |
| Collected | 10/04/21 17:12 | Received | 10/05/21 20:52 | | |
| First Reported | 10/05/21 20:58 | Final Report | 10/06/21 10:00 | | |
| Printed: | 10/06/21 10:18 | Status | FINAL | | |

NASSAU CORRECTIONS/CORE
100 CARMAN AVE
ROUTE #2
EAST MEADOW, NY 11554
(516) 572-3903
Client 7515
Phys: HENIG, DONNA M.D.
Route # 99
Copy To:
Page # 1

| Test Name | Within Range | Outside Range | Prev. Result | Reference Range | Units |
|---|---|---|---|---|---|

**Report Status: FINAL**

**********

| Test Name | Within Range | Outside Range | Prev. Result | Reference Range | Units |
|---|---|---|---|---|---|
| CoV-2 (SW)COVID-19 RT-PCR | NEGATIVE | | | NEGATIVE | |

This test is a real-time RT-PCR test intended for the qualitative detection of nucleic acid from SARS-CoV-2 on AZURE & Cepheid instrument.
This SARS-CoV-2 test has been authorized by the FDA under an Emergency Use Authorization (EUA).
A Detected result is considered a positive test result for COVID-19. This indicates that RNA from SARS-CoV-2 was detected, and the patient is considered infected with the virus and presumed to be contagious.
An Inconclusive result means not all of the testing targets were detected.
A Not Detected (negative) test result for this test means that SARS-CoV-2 RNA was not present in the specimen above the limit of detection. A negative result does not rule out the possibility of COVID-19 and should not be used as the sole basis for treatment or patient management decisions.
Laboratory test results should always be considered in the context of clinical observations and epidemiological data in making a final diagnosis and patient management decisions.
This test is performed on a Nasopharyngeal swab.

Ahmed 10/6/21
[stamp] SAGUNA AHMED, MD

**END OF REPORT**

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

# NCCC POCT RESULT FORM

Johnson, Robert
PATIENT NAME

2021100010 — ICN/NCC NUMBER
B2C11D — LOCATION

[redacted]85 — DATE OF BIRTH
male — GENDER

Requesting Date/Time: 10/04/21

Requesting Physician:

| MULTI-DRUG URINE TEST | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | BUP | MDMA | OXY | MTD | BZD | AMP | mAMP | OPI | COC | THC |
| Refernce Range | NEG | NEG | NEG | NEG | NEG | NEG | NEG | NEG | NEG | NEG |
| Results | Neg | Neg | Neg | Neg | Neg | Neg | Neg | Neg | Pos | Pos |

Done By: [signature] Messner Date: 10/4/21 Time: 1707

Reviewed By: [signature] Ludmio Remy, MD 66595 Date: Time:

| URINE PREGNANCY TEST | | |
|---|---|---|
| RESULT (CIRCLE) | REFERENCE RESULT | RESULT* |
| POSITIVE NEGATIVE | NEGATIVE | |

*Enter result in Accuchek Inform II - Other Test Entry

Done By: Date: Time:

Reviewed By: Date: Time:

| URINALYSIS | | |
|---|---|---|
| MULTISTIX 10SG TEST PADS | REFERENCE RANGE | RESULT (staple printout here) |
| GLUCOSE | NEGATIVE | |
| BILIRUBIN | NEGATIVE | |
| KETONES | NEGATIVE | |
| SPECIFIC GRAVITY | 1.001 - 1.030 | |
| BLOOD | NEGATIVE | |
| PH | 5.0 – 8.0 | |
| PROTEIN | NEGATIVE | |
| UROBILINOGEN | 0.1 - 1.0 EU/dL | |
| NITRITE | NEGATIVE | |
| LEUKOCYTE | NEGATIVE | |
| | | |

Done By: Date: Time:

Reviewed By: Date: Time:

61584407 (6/1/18) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER
Correctional Health Services
Mental Health Clinic

# MULTIDISCIPLINARY TREATMENT PLAN (MTP)

Page 1 of 2

Johnson Robert
PATIENT NAME

2021001706 — ICN/NCC NUMBER
E2B11 — LOCATION

[redacted]85 — DATE OF BIRTH
male — GENDER

| | | | |
|---|---|---|---|
| Admission Date: 10/4/21 | Effective Date of the Initial IAP: 10/20/21 | Next Review Date: 3 months | Page: of |

Goal #

Start Date: 10/20/21 Target Completion Date: Adjusted Target Date:

Desired Outcomes in Individual's Words (Required for CARF & OMH Parts 594/595): "I want to overcome trauma & trust officers"

Goal (State Goal for this Assessed Need in Collaboration with the Individual Served) Patient was admitted on 10/4/21 orignally in Mental Observation but cleared to general population

Individual's Strengths and Skills that will be Utilized to Meet This Goal: "I don't have any right now"

Description of Outside Services, Supports, and Plan of Coordination Needed to Meet this Goal: Mother, Family, good friends

Potential Barriers to Meeting This Goal: "I don't know"

GOAL # 1 OBJECTIVE 1: I will learn coping skills

Start Date: Target Completion Date: Adjusted Target Date:

| Intervention(s) / Method(s) / Action(s) | Service Description/ Modality | Frequency | Responsible: (Type of Provider) |
|---|---|---|---|
| verbal Therapy | Therapy | Biweekly | Social Worker |
| Discharge Planning | Discharge | As Scheduled | Discharge Planning |
| | | | |
| | | | |

GOAL # ________ OBJECTIVE ________:

Start Date: Target Completion Date: Adjusted Target Date:

| Intervention(s) / Method(s) / Action(s) | Service Description/ Modality | Frequency | Responsible: (Type of Provider) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

GOAL # ________ OBJECTIVE ________:

Start Date: Target Completion Date: Adjusted Target Date:

| Intervention(s) / Method(s) / Action(s) | Service Description/ Modality | Frequency | Responsible: (Type of Provider) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

61584379 (11/8/17) 12

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER
Correctional Health Services
Mental Health Clinic

# MULTIDISCIPLINARY TREATMENT PLAN (MTP)

Page 2 of 2

PATIENT NAME: Johnson Robert
ICN/NCC NUMBER: 2021001706
LOCATION: E2B11
DATE OF BIRTH: [redacted]85
GENDER: Male

**Transition/ Discharge Criteria** For COA Programs Only: Estimated length of treatment and stay: ______

Criteria - How will the provider/individual/guardian know that care has been completed or that a transition to a lower level of care change is warranted? *(For OMH Housing Programs for Children and Adolescents, include a description of the skills needed to return home or into the community / Check All that Apply)*

☑ Reduction in symptoms as evidenced by: maintained stability
☐ Attainment of higher level of functioning as evidenced by:
☐ Treatment is no longer medically necessary as evidenced by:
☐ Other:

| | |
|---|---|
| OASAS Required /OMH Optional | Individual's Diagnosis: Rule Out: Adjustment Disorder |

Individual has participated in the development of this plan ☐ No ☑ Yes, provide reason: developed during contact

Other (s) participated in the development of this plan ☐ No ☐ Yes - If Yes, List Names:

| | | |
|---|---|---|
| Individual Served: | Individual Served Signature: [signature] | Date: 10/20/2021 Time: 7:34 |
| Parent/Guardian/Other Name ☐ (N/A): | Parent/Guardian/Other Signature: | Date: Time: |
| If lacking signature of individual/Parent/Guardian, provide. reason for non-participation: | | |
| Completed By Name/Credentials: LORI PAGANO, LCSW-R 68306 | Staff Signature: [signature] | Date: 10/20/21 Time: 1934 |
| Supervisor/ Professional Staff/QHP/Team Leader - Print Name/Credentials ☐ (N/A): RONALD LONGO, PSY.D DIRECTOR OF FORENSIC MENTAL HEALTH SERVICES | Supervisor/ Professional Staff/ QHP/ Team Leader - Signature: [signature] | Date: 10/21/21 Time: 738 |
| NPP - Name/Credentials ☐ (N/A): 66572 | NPP Signature: | Date: Time: |
| Psychiatrist/MD/DO - Print Name/Credentials ☐ (N/A): [handwritten name] | Psychiatrist/MD/DO Signature: [signature] | Date: 10/21/21 Time: 1[illegible] |
| Interpreter Print Name - ID# | Interpreter Signature: | Date: Time: |

**If Applicable, Additional Staff Sign Below**

| | | |
|---|---|---|
| Print Staff Name/Credentials ☐ (N/A): | Staff Signature: | Date: Time: |
| Print Staff Name/Credentials ☐ (N/A): | Staff Signature: | Date: Time: |
| Print Staff Name/Credentials ☐ (N/A): | Staff Signature: | Date: Time: |
| Print Staff Name/Credentials ☐ (N/A): | Staff Signature: | Date: Time: |

61584379 (11/6/17) 2.2

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER
MENTAL HEALTH CLINIC

## MENTAL HEALTH ROUNDS NOTE

Johnson Lamar Robert
PATIENT NAME

2021001706 ICN/NCC NUMBER

B2D37 LOCATION

[redacted] 85 DATE OF BIRTH

Male GENDER

| DATE | TIME | NOTE |
|---|---|---|
| 10/11/21 | | **Mental Health/Segregation Rounds** |
| | | Seen on Rounds - YES/NO *(NO - Indicate why and D.O.C. report of status)* |
| | | MSE WNL - YES/NO *(NO - Describe concern and planned follow up)* |
| | | |
| | | |
| | | Next Round Contact: 10/12/21 Clinician: LORI PAGANO, LCSW-R |
| | | |
| 10/12/21 | 830am | **Mental Health/Segregation Rounds** |
| | | Seen on Rounds - YES/NO *(NO - Indicate why and D.O.C. report of status)* |
| | | MSE WNL - YES/NO *(NO - Describe concern and planned follow up)* |
| | | [illegible] |
| | | |
| | | Next Round Contact: 10/13/21 Clinician: [illegible] |
| | | |
| 10/13/21 | 840am | **Mental Health/Segregation Rounds** |
| | | Seen on Rounds - YES/NO *(NO - Indicate why and D.O.C. report of status)* |
| | | MSE WNL - YES/NO *(NO - Describe concern and planned follow up)* |
| | | |
| | | |
| | | Next Round Contact: 10/14/21 Clinician: [illegible] |
| | | |
| 10/14/21 | 8:23AM | **Mental Health/Segregation Rounds** |
| | | Seen on Rounds - YES/NO *(NO - Indicate why and D.O.C. report of status)* |
| | | MSE WNL - YES/NO *(NO - Describe concern and planned follow up)* |
| | | |
| | | |
| | | Next Round Contact: 10/15/21 Clinician: K [illegible] |
| | | |
| | | **Mental Health/Segregation Rounds** |
| | | Seen on Rounds - YES/NO *(NO - Indicate why and D.O.C. report of status)* |
| | | MSE WNL - YES/NO *(NO - Describe concern and planned follow up)* |
| | | |
| | | |
| | | Next Round Contact: Clinician: |

61584360 (9/20/17) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER
MENTAL HEALTH CLINIC

# MENTAL HEALTH ROUNDS NOTE

PATIENT NAME: Johnson Robert
ICN/NCC NUMBER: 2021001706
LOCATION: B2D9
DATE OF BIRTH: 2127185
GENDER: Male

| DATE | TIME | NOTE |
|---|---|---|
| 10/11/21 | 1432 | **Mental Health/Segregation Rounds** |
| | | Seen on Rounds - YES/NO *(NO - Indicate why and D.O.C. report of status)* |
| | | MSE WNL - YES/NO *(NO - Describe concern and planned follow up)* |
| | | LORI PAGANO, LCSW-R 03505 |
| | | Next Round Contact: 10/12/21 Clinician: [signature] |
| 10/12/21 | 9:30am | **Mental Health/Segregation Rounds** |
| | | Seen on Rounds - YES/NO *(NO - Indicate why and D.O.C. report of status)* |
| | | MSE WNL - YES/NO *(NO - Describe concern and planned follow up)* |
| | | [illegible] no longer on B2D |
| | | Next Round Contact: Clinician: [illegible] |
| | | **Mental Health/Segregation Rounds** |
| | | Seen on Rounds - YES/NO *(NO - Indicate why and D.O.C. report of status)* |
| | | MSE WNL - YES/NO *(NO - Describe concern and planned follow up)* |
| | | Next Round Contact: Clinician: |
| | | **Mental Health/Segregation Rounds** |
| | | Seen on Rounds - YES/NO *(NO - Indicate why and D.O.C. report of status)* |
| | | MSE WNL - YES/NO *(NO - Describe concern and planned follow up)* |
| | | Next Round Contact: Clinician: |
| | | **Mental Health/Segregation Rounds** |
| | | Seen on Rounds - YES/NO *(NO - Indicate why and D.O.C. report of status)* |
| | | MSE WNL - YES/NO *(NO - Describe concern and planned follow up)* |
| | | Next Round Contact: Clinician: |

61584360 (9/20/17) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER
MENTAL HEALTH CLINIC

# MENTAL HEALTH CLINICIAN CONTACT NOTE

Page 1 of 2

| | |
|---|---|
| Johnson, Robert | |
| PATIENT NAME | |
| 2021001706 | E2B11 |
| ICN/NCC NUMBER | LOCATION |
| [redacted] 85 | Male |
| DATE OF BIRTH | GENDER |

Date: 10/20/21

**ENCOUNTER TYPE:** Weekly/Treatment Plan

**SUBJECTIVE STATEMENTS:** "I'm not doing so good"

**PATIENT RESPONSE TO STAFF:**
☑ Alert & Cooperative ☐ Able to engage after prompting ☐ Refuses interview

☐ Out to Court, Visit, Other

**OBJECTIVE PRESENTATION/MENTAL STATUS:** *(Check all that apply):*

Appearance: ☑ Groomed ☐ Mildly Unkempt ☐ Disheveled ☐ Red-Eyed ☐ Malodorous

Orientation: ☑ Time ☑ Person ☑ Place ☑ Situation

Eye Contact: ☑ Appropriate ☐ Prolonged ☐ Intermittent ☐ Downcast ☐ Avoidant

Attitude: ☑ Cooperative ☐ Passive ☐ Passive Aggressive ☐ Arrogant ☐ Hostile

Behavior: ☑ Unremarkable ☐ Hyperkinetic ☐ Fidgety ☐ Restless ☐ Agitated ☐ Overly dramatic ☐ Withdrawn

Mood: ☐ Euthymic ☑ Neutral ☐ Dysphoric ☐ Depressed ☐ Anxious ☐ Angry ☐ Labile ☐ Irritable ☐ Euphoric

Affect: ☑ Congruent ☐ Broad ☐ Stable ☐ Restricted ☐ Blunted ☐ Flat ☐ Inappropriate

☐ If Incongruent with Statements/Mood, Specify How:

Speech: ☑ Coherent ☑ Goal-Directed ☑ Normal Rate and Tone ☐ Loud ☐ Rapid ☐ Pressured
☐ Soft ☐ Slow ☐ Monotone ☐ Circumstantial ☐ Tangential ☐ Incoherent

Thought Content: ☑ Unremarkable ☐ Paranoid ☐ Delusional:
Patient denies, none observed

Suicidal: ☑ None ☐ Ideation/Plan ☐ Intent:
Patient denies ideation, intent or plans

Homicidal: ☑ None ☐ Ideation/Plan ☐ Intent:
Patient denies

☐ List any violent themes:

61584359 (12/20/18) 12

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER
MENTAL HEALTH CLINIC

# MENTAL HEALTH CLINICIAN CONTACT NOTE

Page 2 of 2

Johnson, Robert
PATIENT NAME

2021001706
ICN/NCC NUMBER

E2B11
LOCATION

[redacted]
DATE OF BIRTH

Male
GENDER

Perceptions: ☑ No Distortions ☐ Internal Preoccupation ☐ Likely Thought Blocking ☐ Actively Hallucinating

Reports: Auditory/Visual/Other:

Patient denies, none observed

Thought Processes: ☑ Logical ☐ Disorganized ☐ Mild Loosening and Slippage ☐ Loose Associations ☐ Verbal Salad

Immediate Memory: ☑ Intact/Impaired Recent Memory: ☑ Intact/Impaired Remote Memory: ☑ Intact/Impaired

Vegetative Functions: Sleep: ☐ Increased ☐ Decreased ☑ Normal Appetite: ☑ Good ☐ Fair ☐ Poor

Danger to: ☐ Self Comments:

☐ Others Comments:

**ASSESSMENT:** Patient was seen in the Triage Room. Patient presents with and reports no acute psychiatric distress. Patient denies thoughts of suicide or self harm, and presents with clear future orientation and goal direction. Patient receptive to contact. Patient appears calm, and was cooperative and engaging, conversing about feelings associated with reported trauma. Patient identifies that he was sexually violated after there was a smell of smoke. Patient was evaluated at NUMC. Patient reports feeling like "less than a human" but didn't identify any anxiety or depressive symptoms, no difficulties eating or sleeping. Patient requested medications but again reported no symptoms or distress. Patient identifies strong supports and identifies his daughter "keeps me strong" and his mother. Patient does not feel he needs Mental Observation housing or weekly contacts, knows how to access services and is comfortable with Biweekly contacts. Coping explored to deal with

**PLAN/FOLLOW UP:** reported trauma. Writer and patient developed treatment plan.

Follow Up: Biweekly

**EDUCATIONAL:** sick call verse ~~emergency need~~, access to services, coping, treatment planning

CLINICIAN: Lori Pagano, LCSW-R #68306 DATE: 10/20/21 TIME: 19:21

C1564359 (12/20/18) 2.2

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER
MENTAL HEALTH CLINIC

# MENTAL HEALTH CLINICIAN CONTACT NOTE

Page 1 of 2

PATIENT NAME: Johnson, Robert

ICN/NCC NUMBER: 2021001706

LOCATION: E2B11

DATE OF BIRTH: [redacted]

GENDER: Male

Date: 10/13/21

**ENCOUNTER TYPE:** Medical Referral

**SUBJECTIVE STATEMENTS:** "not so good I was sexually assaulted from the people that are here to protect me"

**PATIENT RESPONSE TO STAFF:**
☑ Alert & Cooperative ☐ Able to engage after prompting ☐ Refuses interview

☐ Out to Court, Visit, Other

**OBJECTIVE PRESENTATION/MENTAL STATUS:** *(Check all that apply):*

Appearance: ☑ Groomed ☐ Mildly Unkempt ☐ Disheveled ☐ Red-Eyed ☐ Malodorous

Orientation: ☑ Time ☑ Person ☑ Place ☑ Situation

Eye Contact: ☑ Appropriate ☐ Prolonged ☐ Intermittent ☐ Downcast ☐ Avoidant

Attitude: ☑ Cooperative ☐ Passive ☐ Passive Aggressive ☐ Arrogant ☐ Hostile

Behavior: ☑ Unremarkable ☐ Hyperkinetic ☐ Fidgety ☐ Restless ☐ Agitated ☐ Overly dramatic ☐ Withdrawn

Mood: ☐ Euthymic ☑ Neutral ☐ Dysphoric ☐ Depressed ☐ Anxious ☐ Angry ☐ Labile ☐ Irritable ☐ Euphoric

Affect: ☑ Congruent ☐ Broad ☐ Stable ☐ Restricted ☐ Blunted ☐ Flat ☐ Inappropriate

☐ If Incongruent with Statements/Mood, Specify How:

Speech: ☑ Coherent ☑ Goal-Directed ☑ Normal Rate and Tone ☐ Loud ☐ Rapid ☐ Pressured
☐ Soft ☐ Slow ☐ Monotone ☐ Circumstantial ☐ Tangential ☐ Incoherent

Thought Content: ☑ Unremarkable ☐ Paranoid ☐ Delusional:
Patient denies, none observed

Suicidal: ☑ None ☐ Ideation/Plan ☐ Intent:
Patient denies ideation, intent or plans

Homicidal: ☑ None ☐ Ideation/Plan ☐ Intent:
Patient denies

☐ List any violent themes:

61584359 (12/20/18) 1.2

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER
MENTAL HEALTH CLINIC

# MENTAL HEALTH CLINICIAN CONTACT NOTE

Page 2 of 2

Johnson, Robert
PATIENT NAME

2021001706
ICN/NCC NUMBER

E2B11
LOCATION

[redacted]
DATE OF BIRTH

Male
GENDER

**Perceptions:** ☑ No Distortions ☐ Internal Preoccupation ☐ Likely Thought Blocking ☐ Actively Hallucinating

Reports: Auditory/Visual/Other:

Patient denies, none observed

**Thought Processes:** ☑ Logical ☐ Disorganized ☐ Mild Loosening and Slippage ☐ Loose Associations ☐ Verbal Salad

**Immediate Memory:** ☑ Intact/Impaired **Recent Memory:** ☑ Intact/Impaired **Remote Memory:** ☑ Intact/Impaired

**Vegetative Functions:** Sleep: ☐ Increased ☐ Decreased ☑ Normal Appetite: ☑ Good ☐ Fair ☐ Poor

**Danger to:** ☐ Self Comments:

☐ Others Comments:

**ASSESSMENT:** Patient was seen in the Triage Room. Patient presents with and reports no acute psychiatric distress. Patient denies thoughts of suicide or self harm, and presents with clear future orientation and goal direction. Patient receptive to contact. Patient appears calm, and was cooperative and engaging, conversing about not wanting or needing to see mental health, having strong family supports, especially from his mother and identifies that he was assaulted. Patient reports that Department of Corrections smelled smoke on the unit, handcuffed patient, brought him into the hall and "beat" and "sexually assaulted" him during search. Patient identifies that he spoke to Internal Affairs and was evaluated by Medical and at Nassau University Medical Center. Patient offered support and declined wanting or needing additional contacts. Patient on the schedule for a follow up after being cleared from Mental

**PLAN/FOLLOW UP:** Observation on 10/16/21. Patient agreed to that contact.

Follow Up: Weekly as previously scheduled

**EDUCATIONAL:** sick call verse emergency need, access to services

**CLINICIAN:** Lori Pagano, LCSW-R #68306 DATE: 10/13/21 TIME: 20:43

61584359 (12/20/18) 2.2

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

**COLUMBIA-SUICIDE SEVERITY RATING SCALE**
**Screen with Triage Points for Corrections**

Johnson Robert
PATIENT NAME

2021C01706
ICN/NCC NUMBER

E2B11
LOCATION

[redacted]
DATE OF BIRTH

Male
GENDER

| Ask questions that are bold and underlined | Past Month | |
|---|---|---|
| **Ask Questions 1 and 2** | **YES** | **NO** |
| 1) ***Have you wished you were dead or wished you could go to sleep and not wake up?*** | | ✓ |
| 2) ***Have you had any actual thoughts of killing yourself?*** | | ✓ |
| **If YES to 2, ask questions 3, 4, 5, and 6. If NO to 2, go directly to question 6** | | |
| 3) ***Have you been thinking about how you might do this?*** e.g. *"I thought about taking an overdose but I never made a specific plan as to when where or how I would actually do it....and I would never go through with it."* | | |
| 4) ***Have you had these thoughts and had some intention of acting on them?*** as opposed to *"I have the thoughts but I definitely will not do anything about them."* | | |
| 5) ***Have you started to work out or worked out the details of how to kill yourself? Do you intend to carry out this plan?*** | | |
| 6) ***Have you ever done anything, started to do anything, or prepared to do anything to end your life?*** | **Lifetime** | |
| Examples: Collected pills, obtained a gun, gave away valuables, wrote a will or suicide note, took out pills but didn't swallow any, held a gun but changed your mind or it was grabbed from your hand, went to the roof but didn't jump; or actually took pills, tried to shoot yourself, cut yourself, tried to hang yourself, etc. | | ✓ |
| **If YES, ask:** ***Was this within the past 3 months?*** | **Past 3 Months** | |
| | | |

**Response Protocol to C-SSRS Screening**

Item 1 Behavioral Health Referral
Item 2 Behavioral Health Referral
Item 3 Same Day Behavioral Health Evaluation, Consider Suicide Precautions
Item 4 Immediate Suicide Precautions
Item 5 Immediate Suicide Precautions
Item 6 Over 3 months ago: Same Day Behavioral Health Evaluation, Consider Suicide Precautions
Item 6 3 months ago or less: Immediate Suicide Precautions

| SIGNATURE | PRINT NAME | DATE | TIME |
|---|---|---|---|
| [signature] | LORI PAGANO, LCSW-R 68306 | 10/13/21 | 2044 |

| INTERPRETER SIGNATURE (IF PRESENT IN PERSON) | PRINT INTERPRETER NAME OR TELEPHONIC INTERPRETER'S ID | DATE | TIME |
|---|---|---|---|
| | | | |

61584419 (10/16/18) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL FACILITY
MENTAL HEALTH CLINIC

# MENTAL HEALTH ROUNDS NOTE

PATIENT NAME: Johnson, Robert
ICN/NCC NUMBER: 2021 001706
LOCATION: B209
DATE OF BIRTH: [redacted]/1985
GENDER: M

| DATE | TIME | NOTE |
|---|---|---|
| | | **Mental Health/Segregation Rounds** |
| | | Seen on Rounds - YES/NO *(NO - Indicate why and D.O.C. report of status)* |
| | | MSE WNL - YES/NO *(NO - Describe concern and planned follow up)* |
| | | |
| | | |
| | | Next Round Contact: ______ Clinician: ______ |
| 10/5/21 | 8:45am | **Mental Health/Segregation Rounds** |
| | | Seen on Rounds - (YES)/NO *(NO - Indicate why and D.O.C. report of status)* |
| | | MSE WNL - (YES)/NO *(NO - Describe concern and planned follow up)* |
| | | |
| | | |
| | | Next Round Contact: 10/6/21 Clinician: Andrea, cll, 71113 |
| 10/6/21 | 8:15am | **Mental Health/Segregation Rounds** |
| | | Seen on Rounds - (YES)/NO *(NO - Indicate why and D.O.C. report of status)* |
| | | MSE WNL - (YES)/NO *(NO - Describe concern and planned follow up)* |
| | | |
| | | |
| | | Next Round Contact: 10/7/21 Clinician: Andrella, cll, 71113 |
| 10/7/21 | 8:30am | **Mental Health/Segregation Rounds** |
| | | Seen on Rounds - (YES)/NO *(NO - Indicate why and D.O.C. report of status)* |
| | | MSE WNL - (YES)/NO *(NO - Describe concern and planned follow up)* |
| | | |
| | | |
| | | Next Round Contact: 10/8/21 Clinician: Andrella, cll, 71113 |
| 10/08/21 | 8:0 | **Mental Health/Segregation Rounds** |
| | | Seen on Rounds - (YES)/NO *(NO - Indicate why and D.O.C. report of status)* |
| | | MSE WNL - (YES)/NO *(NO - Describe concern and planned follow up)* |
| | | Gabriella Sandoval, LMSW Medical Social Worker 71013 |
| | | Next Round Contact: 10/11/21 Clinician: [signature] |

61584360 (7/22/21) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL FACILITY

# SPECIAL NEEDS COMMUNICATION / RELOCATION

| | |
|---|---|
| PATIENT NAME: Johnson, Robert | GENDER: M |
| ICN/NCC NUMBER: 2021001706 | DATE OF BIRTH: 3/21/84 |
| CURRENT HOUSING UNIT: [redacted]85 | DATE OF REQUEST: 10/6/14 |

**RELOCATION TO:**

- ☒ General Population
- ☐ Infirmary: ______
- ☐ Contact isolation Housing (MRSA)
- ☐ Behavioral Health Unit Segregated ☐ Yes ☐ No
- ☐ Bottom Tier, no stairs
- ☐ Wheelchair Accessible (ADA) Cell
- ☐ Medical Housing
- ☐ Other

Off watch/bath nutz

**SPECAL NEEDS HOUSING CONSIDERATION:**

- ☐ Visually Impaired
- ☐ Hearing Impaired
- ☐ Assistive Device: ______
- ☐ Low Bunk
- ☐ Other: ______

[signature]
RONALD LONGO, PSY.D
DIRECTOR OF FORENSIC MENTAL HEALTH SERVICES
66572

MD SIGNATURE: [signature] …therine Faro, LCSW Forensic Mental Health Specialist 66797

DATE: 10/16/21

TIME: 2045

NAME STAMP

61584325 (6/3/21) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER
MENTAL HEALTH CLINIC

# MENTAL HEALTH CLINICIAN CONTACT NOTE

Page 1 of 2

PATIENT NAME: Johnson, Robert

ICN/NCC NUMBER: 2021001706

LOCATION: B2D4

DATE OF BIRTH: [redacted]65

GENDER: M

Date: 10/6/21

**ENCOUNTER TYPE:** f/u CTA / Madness

**SUBJECTIVE STATEMENTS:** "I'm alright."

**PATIENT RESPONSE TO STAFF:**

☑ Alert & Cooperative ☐ Able to engage after prompting ☐ Refuses interview

☐ Out to Court, Visit, Other

**OBJECTIVE PRESENTATION/MENTAL STATUS:** *(Check all that apply):*

Appearance: ☑ Groomed ☐ Mildly Unkempt ☐ Disheveled ☐ Red-Eyed ☐ Malodorous

Orientation: ☑ Time ☑ Person ☑ Place ☑ Situation

Eye Contact: ☑ Appropriate ☐ Prolonged ☐ Intermittent ☐ Downcast ☐ Avoidant

Attitude: ☑ Cooperative ☐ Passive ☐ Passive Aggressive ☐ Arrogant ☐ Hostile

Behavior: ☑ Unremarkable ☐ Hyperkinetic ☐ Fidgety ☐ Restless ☐ Agitated ☐ Overly dramatic ☐ Withdrawn

Mood: ☑ Euthymic ☐ Neutral ☐ Dysphoric ☐ Depressed ☐ Anxious ☐ Angry ☐ Labile ☐ Irritable ☐ Euphoric

Affect: ☑ Congruent ☐ Broad ☐ Stable ☐ Restricted ☐ Blunted ☐ Flat ☐ Inappropriate

☐ If Incongruent with Statements/Mood, Specify How:

Speech: ☑ Coherent ☑ Goal-Directed ☐ Normal Rate and Tone ☐ Loud ☐ Rapid ☐ Pressured ☐ Soft ☐ Slow ☐ Monotone ☐ Circumstantial ☐ Tangential ☐ Incoherent

Thought Content: ☑ Unremarkable ☐ Paranoid ☐ Delusional:

Suicidal: ☑ None ☐ Ideation/Plan ☐ Intent:

Homicidal: ☑ None ☐ Ideation/Plan ☐ Intent:

☐ List any violent themes:

Not applicable

61584359 (12/20/18) 1.2

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER
MENTAL HEALTH CLINIC

# MENTAL HEALTH CLINICIAN CONTACT NOTE

Page 2 of 2

PATIENT NAME: Johnson, Robert

ICN/NCC NUMBER: 2210001706 LOCATION: B2D9

DATE OF BIRTH: [redacted] GENDER: M

**Perceptions:** ☑ No Distortions ☐ Internal Preoccupation ☐ Likely Thought Blocking ☐ Actively Hallucinating

Reports: Auditory/Visual/Other: ______

**Thought Processes:** ☑ Logical ☐ Disorganized ☐ Mild Loosening and Slippage ☐ Loose Associations ☐ Verbal Salad

**Immediate Memory:** ☑ Intact/Impaired **Recent Memory:** ☑ Intact/Impaired **Remote Memory:** ☑ Intact/Impaired

**Vegetative Functions:** Sleep: ☐ Increased ☐ Decreased ☑ Normal Appetite: ☑ Good ☐ Fair ☐ Poor

**Danger to:** ☐ Self Comments: ______

☐ Others Comments: ______

**ASSESSMENT:**
Patient stated that he had been using percocet prior to his incarceration (one 10mg daily), and smoking 1/2 oz - 7 grams daily cannabis, he reported not experiencing any withdrawals, stating he was seen eating / drinking normally. He complained of poor sleeping, and was receptive to psychoeducation on post acute withdrawal syndrome. He denied psychiatric distress, denied suicidal ideation/plan/intent - [illegible] no current

**PLAN/FOLLOW UP:** mental health treatment. No psychiatric symptoms noted. [illegible] repeated - no [illegible]. [illegible] submitted for renew. To be seen one week to ensure [illegible] [illegible] [illegible]. [illegible] 10/6/21

**EDUCATIONAL:**
access to mental health via sick call verses emergent need.

**CLINICIAN:** CATHERINE FARO, LCSW 66797 **DATE:** 10/6/21 **TIME:** 1933

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

## COLUMBIA-SUICIDE SEVERITY RATING SCALE
### Screen with Triage Points for Corrections

PATIENT NAME: Johnson, Robert

ICN/NCC NUMBER: 2521W001706 LOCATION: B2D9

DATE OF BIRTH: [redacted]85 GENDER: m

| Ask questions that are bold and underlined | Past Month | |
|---|---|---|
| **Ask Questions 1 and 2** | **YES** | **NO** |
| 1) ***Have you wished you were dead or wished you could go to sleep and not wake up?*** | | X |
| 2) ***Have you had any actual thoughts of killing yourself?*** | | X |
| **If YES to 2, ask questions 3, 4, 5, and 6. If NO to 2, go directly to question 6** | | |
| 3) ***Have you been thinking about how you might do this?*** e.g. *"I thought about taking an overdose but I never made a specific plan as to when where or how I would actually do it....and I would never go through with it."* | | |
| 4) ***Have you had these thoughts and had some intention of acting on them?*** as opposed to *"I have the thoughts but I definitely will not do anything about them."* | | 10/6/2 |
| 5) ***Have you started to work out or worked out the details of how to kill yourself? Do you intend to carry out this plan?*** | | X |
| 6) ***Have you ever done anything, started to do anything, or prepared to do anything to end your life?*** Examples: Collected pills, obtained a gun, gave away valuables, wrote a will or suicide note, took out pills but didn't swallow any, held a gun but changed your mind or it was grabbed from your hand, went to the roof but didn't jump; or actually took pills, tried to shoot yourself, cut yourself, tried to hang yourself, etc. | **Lifetime** | |
| | | X |
| **If YES, ask:** ***Was this within the past 3 months?*** | **Past 3 Months** | |
| | | |

**Response Protocol to C-SSRS Screening**

Item 1 Behavioral Health Referral
Item 2 Behavioral Health Referral
Item 3 Same Day Behavioral Health Evaluation, Consider Suicide Precautions
Item 4 Immediate Suicide Precautions
Item 5 Immediate Suicide Precautions
Item 6 Over 3 months ago: Same Day Behavioral Health Evaluation, Consider Suicide Precautions
Item 6 3 months ago or less: Immediate Suicide Precautions

SIGNATURE: [signature] PRINT NAME: Catherine Fairclough 66797 DATE: 10/6/21 TIME: 1933

INTERPRETER SIGNATURE (IF PRESENT IN PERSON) ____ PRINT INTERPRETER NAME OR TELEPHONIC INTERPRETER'S ID ____ DATE ____ TIME ____

61584419 (10/16/18) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER
MENTAL HEALTH CLINIC

## MENTAL HEALTH INTAKE

PATIENT NAME: Johnson Robert

ICN/NCC NUMBER: 2021001706 LOCATION: B2C11

DATE OF BIRTH: [redacted]85 GENDER: Male

Date: 10/4/21

Referral Source and Concern: ~~Urgent~~ routine

Current Situation and Charges: Parole hold Court: unsure

**Subjective Statements as to Current Status:**
"I miss my daughter"

Pre-incarceration Psychiatric Medication (list active psychiatric medications prescribed in last month/obtain release to confirm all stated psychotropic medicines/diagnostic rationales):
Patient states he hasn't taken medications in years - Trazodone, Seroquel and other medications

Medical History (include medical/non-psychiatric based hospitalizations, surgeries, conditions/illnesses, history of head injury, seizures, allergies to medication agents, and known active medical medications):
Patient denies Reports diagnosis of Bipolar

Substance Use History (include active use, method, amount and frequency, last use, past history/duration of substance use; history of withdrawal symptoms, and history of inpatient/outpatient treatments):
Marijuana - last use yesterday, almost daily Alcohol - last yesterday 1cup, occasional use ecstasy/percocet/xanax - last use yesterday, 1 Percocet 10mg, "as often as I can"

Inpatient Psychiatric History (include number and known dates of psychiatric hospitalizations, settings, reasons for admissions, diagnoses, length of admissions, and further specify most recent acute issues):
Patient denies

Outpatient Mental Health Treatment History (provide setting, diagnosis, and treatment modalities, describing present and past treatment response, level of treatment, such as AOT and ACT status):
Trying to go to Outpatient for support

Is there a history of self-harm behavior or ideation (if yes, include dates, severity and perception of lethal intent, differentiating between act and ideation)? ☐ Yes ☑ No
Patient denies self harm ever. Patient denies current or previous suicide ideation, intent or plans. Reasons For Living: My Daughter, My Mom & My Family

Numbers of Arrests (juvenile): 1 (adult): "alot" History of Prison: ☑ Yes ☐ No [illegible]

History of Sexual Abuse? ☑ Yes ☐ No Childhood History of Physical Abuse? ☑ Yes ☐ No Childhood

History of Sexual Aggression or Offense? ☐ Yes ☑ No

History of Violence toward Others? ☑ Yes ☐ No robbery

Educational History/Level Attained: 12th grade, none graduate

History of Special Education? ☑ Yes ☐ No Describe if yes: behavioral & learning

Is Patient a Military Veteran? ☐ Yes ☑ No

Currently Employed? ☐ Yes ☑ No

Family/Friendships/Community Supports/Activities/Interests:
Supports: mom, sister, aunt, daughter Hobbies: reading, writing, being a dad Coping: ?

Religion/Spirituality/Cultural/Ethnic Information:
none

61584373 (11/13/18) 1.2

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER
MENTAL HEALTH CLINIC

**MENTAL HEALTH INTAKE**

PATIENT NAME: Johnson Robert
ICN/NCQ NUMBER: 2021001706
LOCATION: B2C11
DATE OF BIRTH: [redacted]85
GENDER: Male

Family history: Psychiatric? ☑ Yes ☐ No Substance Use? ☑ Yes ☐ No Self Harm/Suicide? ☑ Yes ☐ No
Dad - anger, Biolar, Suicide attempts, drugs "everyone"
Mom - drugs

**Current Mental Status**

Behavior and Attitude: (Appropriate/Cooperative)/Inappropriate/Hostile/Guarded/Defensive/Passive-Aggressive/Manipulative/Dramatic

Orientation: (Person/Place/Time/Situation) Alertness: (Alert)/Drowsy/Lethargic

Eye Contact: (Good)/Fair /Poor/ Absent Psychomotor: (Normal)/Overactive/Low

Concentration: (Good)/Fair /Fluctuating/Poor Abstraction: (Good)/Fair/Poor

Memory: Immediate - (Good)/Fair/Poor Recent (Good)/Fair/Poor Remote - (Good)/Fair/poor

Speech: (NormalRate/NormalTone/Coherent/GoalDirected)/Circumstantial/Loud/Soft/Monotonous/Rapid/Pressured

Mood: Euthymic/Dysphoric/Depressed/Anxious/Irritable/Angry/Labile/Euphoric (neutral)

Affect: (Appropriate/Broad/Stable)/Inappropriate/Incongruent/Constricted/Flat

Perceptions: No Distortions/Internal Preoccupation/Likely Thought Blocking/Actively Hallucinating → relates he must not sleep on lines

Reports: Auditory/Visual/Other: Patient reports at times hearing voices, non command none observed

Thought Content: Unremarkable/Paranoid/Delusional: Patient denies, none observed

Thought Processes: Logical/Disorganized/Mild Loosening and Slippage/Loose Associations/Verbal Salad

(Please specify if and how presentation differs from report): ______

Sleep: Normal/Increased/(Decreased) Appetite: Normal/Increased/(Decreased)

Goal Direction: (Goal Direction/Future Orientation)/Hopelessness

Suicide: (No Ideation)/ Passive Ideation/Ideation/Plan/Intent Patient denies

Homicide: (No Ideation)/Ideation/Plan Patient denies

Insight: (Good/Fair)/Intact/Poor Judgement: (Good)/Fair/Intact/Poor

Goals: Be a Great dad & role model. Make Better decisons. Get rid of tattos & bullshit

DSM 5 Diagnostic Impression (list primary presenting/main issue impacting functioning first):
1. Rule Out: Substance Use Disorder: Cannabis, alcohol, opiates, benzodiazapines
2. Rule Out: Adjustment Disorder
3. ______

**Suicide Screening results:**
☐ No Significant Risk ☑ Q15/Mental Health Housing ☐ Psychiatry Consulted ☐ Constant Supervision Indicated

**Plan:**

Housing: General Population/ (Mental Health)/Infirmary/Constant Supervision/ House Alone
Moved into Mental Observation

Follow up: Refer to Psychiatry/Refer to Medical/(Reassess)/Short Term Support
Reassess with CIWA

**Education:** (Mental Health Services/Access/Sleep Hygiene/Community)
Resources/Other: reviewed with patient, copies were given

**STAFF SIGNATURE/STAMP:** [signature] LORI PAGANO, LCSW-R 68306 DATE: 10/4/21 TIME: 1729

TELEPHONIC INTEREPRETER ID #: ______ DATE: ______ TIME: ______

61584373 (11/13/18) 2.2

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

# INFORMED CONSENT TO MENTAL HEALTH TREATMENT

Johnson, Robert
PATIENT NAME

2021001706
ICN/NCC NUMBER

[redacted]85
DATE OF BIRTH

Male
GENDER

I, Johnson Robert agree to have in mental health treatment at Nassau County Correctional Center. I hereby authorize staff members assigned to the Mental Health Department (or designated volunteer services) to administer such treatment as agreed to and to perform the following services:

Mental Health

**CONFIDENTIALITY:**
Treatment staff members follow all ethical standards prescribed by state and federal law. Providers are required by law to practice guidelines and standards of care to keep records of the service you receive. These records are confidential with the exceptions noted below. Discussions between a mental health professional and a client are confidential. No information will be released without the client's written consent unless mandated by law. Possible exceptions to confidentiality include but are not limited to the following situations: child abuse; abuse of the elderly or disabled; abuse of patients in mental health facilities; sexual exploitation; AIDS/HIV infection and possible transmission; clinical prosecutions child custody cases; suits in which the mental health of a party is in issue, situations where the treatment provider has a duty to disclose, or where, In the treatment provider's judgement. It is necessary to warn or disclose; a negligence suit brought by the client against the provider; or the filling of a complaint with the licensing or certifying board. If you have any questions regarding confidentiality, you should bring them to the attention of your treatment provider so that you and he/she can discuss this matter further.

**CONSENT TO TREATMENT:**
By signing this Client information and Consent Form, I acknowledge that I have read, understand, and agree to the terms and conditions contained in the information and Client Consent for. I have been given appropriate opportunity to address any questions or request clarification for anything that is unclear to me. I am voluntarily agreeing to receive the mental health assessment, treatment and services for myself and I understand that I may stop such treatment or services at any time. I also agree to respect the privacy of other clients and any information they may disclose in a group setting.

I understand that no warranty or promise has been made to me regarding the participation in or outcome or the proposed treatment. No letters to the court or other documentation will be provided as a result of attending the service(s) listed above. I also understand that the terms of this agreement will expire upon discharge from this facility: One Year Post Discharge, or upon my request.

**NOTE:** If you have a legal guardian mental health services will not be provided without the signature of your court appointed guardian. I understand that it is my duty to inform treatment staff of my legal status as it relates to guardianship.

| | | |
|---|---|---|
| [signature] Signature - Client | 10/4/21 Date | 5:29 Time |
| Signature - Guardian | Date | Time |
| [signature] LORI PAGANO, LCSW-R 68306 Signature - Staff Witness | 10/4/21 Date | 1729 Time |

61584331 (9/1/17) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

# COLUMBIA-SUICIDE SEVERITY RATING SCALE
## Screen with Triage Points for Corrections

PATIENT NAME: Johnson Robert
ICN/NCC NUMBER: 2021001706
LOCATION: B2C11
DATE OF BIRTH: [redacted]
GENDER: male

| Ask questions that are bold and underlined | Past Month | |
|---|---|---|
| **Ask Questions 1 and 2** | **YES** | **NO** |
| 1) ***Have you wished you were dead or wished you could go to sleep and not wake up?*** | ✓ | |
| 2) ***Have you had any actual thoughts of killing yourself?*** | | ✓ |
| **If YES to 2, ask questions 3, 4, 5, and 6. If NO to 2, go directly to question 6** | | |
| 3) ***Have you been thinking about how you might do this?*** e.g. *"I thought about taking an overdose but I never made a specific plan as to when where or how I would actually do it....and I would never go through with it."* | | |
| 4) ***Have you had these thoughts and had some intention of acting on them?*** as opposed to *"I have the thoughts but I definitely will not do anything about them."* | | |
| 5) ***Have you started to work out or worked out the details of how to kill yourself? Do you intend to carry out this plan?*** | | |
| 6) ***Have you ever done anything, started to do anything, or prepared to do anything to end your life?*** | **Lifetime** | |
| Examples: Collected pills, obtained a gun, gave away valuables, wrote a will or suicide note, took out pills but didn't swallow any, held a gun but changed your mind or it was grabbed from your hand, went to the roof but didn't jump; or actually took pills, tried to shoot yourself, cut yourself, tried to hang yourself, etc. | | ✓ |
| **If YES, ask:** ***Was this within the past 3 months?*** | **Past 3 Months** | |

**Response Protocol to C-SSRS Screening**

Item 1 Behavioral Health Referral
Item 2 Behavioral Health Referral
Item 3 Same Day Behavioral Health Evaluation, Consider Suicide Precautions
Item 4 Immediate Suicide Precautions
Item 5 Immediate Suicide Precautions
Item 6 Over 3 months ago: Same Day Behavioral Health Evaluation, Consider Suicide Precautions
Item 6 3 months ago or less: Immediate Suicide Precautions

SIGNATURE: [signature] LORI PAGANO, LCSW-R 68306
PRINT NAME
DATE: 10/4/21
TIME: 1748

INTERPRETER SIGNATURE (IF PRESENT IN PERSON)
PRINT INTERPRETER NAME OR TELEPHONIC INTERPRETER'S ID
DATE
TIME

61584419 (10/16/18) 1.1

Patient moved into mental observation

Johnson Robert
2021001796
10/4/21

## Mental Health Services at Nassau County Correctional Center

Incarceration represents a stressful circumstance that can potentially precipitate, or worsen, mental health problems. You should know that mental health services are designed to support you in terms of properly identifying and treating mental health symptoms during your incarceration. Whether or not you are actively being seen by mental health, you can request to be seen at any time while here. We will see you within a reasonable time, based on this request.

Access to Mental Health: Mental health services can be accessed through completing sick call forms. These forms are available in each housing area. It is important to state the reason for which you would like to be seen, as such requests are prioritized. If you are having an emergency, please notify security.

Sleep Hygiene: Sleep problems are common, due to the stress of incarceration. Information on how to improve sleep, while incarcerated, is available. It's quite common to experience challenges in terms of BOTH getting to sleep AND maintaining sleep, especially during the first few weeks of incarceration.

Discharge Planning: Discharge planning services are available to those that have been actively treated by mental health (*there is a county-based discharge planning department for those detainees not seen by mental health*). Typically, such services are initiated upon the completion of your treatment plan, which makes your participation in the treatment planning process quite important.

Some Limitations of Mental Health: The role of mental is not to............................

1. Mental health staff cannot provide you with phone calls (This breach of security includes calls to relatives to arrange bail, money for inmate accounts, visits etc.).
2. Mental health staff has no role in diverting your case disposition towards a program alternative to incarceration (It is the responsibility of your attorney and/or social workers affiliated with that office, to get you into a program).
3. Mental health is not here to keep you in, or send you to, specific housing areas at your request/preference (If you have a safety issue, you should pursue the PC Process).
4. The mental health department will provide ongoing services to treat mental illness only.

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL FACILITY

## SPECIAL NEEDS COMMUNICATION / RELOCATION

| | |
|---|---|
| Johnson Robert | Male |
| PATIENT NAME | GENDER |
| 2021001706 | [redacted]/85 |
| ICN/NCC NUMBER | DATE OF BIRTH |
| B2C11 | 10/4/21 |
| CURRENT HOUSING UNIT | DATE OF REQUEST |

**RELOCATION TO:**

☐ General Population

☐ Infirmary: ____________________

☐ Contact isolation Housing (MRSA)

☑ Behavioral Health Unit Segregated ☐ Yes ☐ No

☐ Bottom Tier, no stairs

☐ Wheelchair Accessible (ADA) Cell

☐ Medical Housing

☐ Other

Please Hae to Mental Observation

**SPECAL NEEDS HOUSING CONSIDERATION:**

☐ Visually Impaired

☐ Hearing Impaired

☐ Assistive Device: ____________________

☐ Low Bunk

☐ Other: ____________________

| | | |
|---|---|---|
| [signature] Social Worker | 10/4/21 | 1752 |
| ~~MD~~ SIGNATURE: | DATE: | TIME: |

LORI PAGANO, LCSW-R
68306

NAME STAMP

61584325 (6/3/21) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

# MENTAL HEALTH SCREENING

Johnson Robert
PATIENT NAME

2021100010
ICN/NCC NUMBER

LOCATION

[redacted]85
DA[redacted]

M
GENDER

| Questions (Check "YES" or "NO") - Each Box = 1 Point | YES | NO |
|---|---|---|
| 1. Has the inmate patient been designated for Mental Health Housing by Corrections? (***Anyone designated for MH housing by D.O.C. must be referred to MH***) | | ✓ |
| 2. Do you have a history of mental health treatment? (If Yes, add information below) : Outpatient Information: Rikers Island Inpatient Information: | ✓ | |
| 3. Are you presently taking psychiatric medication? If yes, refer to mental health. *Provide details and, if in the past, specify when last taken.* Medication history: Last Meds taken – a few Months ago | ✓ | |
| 4. Do you have a history of alcohol and/or drug use? If Yes, ADD information below: Substances used, frequency, last use, prior treatment settings, detox/inpatient/outpatient: denied | | ✓ |
| 5. Do you have a history of **head trauma** or seizures? Specify dates, incidents, severity, symptoms, course of treatment, diagnoses: denied | | ✓ |
| 6. Does the patient have a history of special education, learning problems, or low intellect? (If yes, and/or patient presents with **significant cognitive deficits** or likely **intellectually disability,** formerly 'mental retardation', refer to mental health). Specify: | | ✓ |
| 7. Have you suffered a significant loss in the past 6 months? Specify: | | ✓ |
| 8. Have you ever perpetrated sexual assault, violence or serious physical abuse? (If yes, routine referral to mental health at minimum). | | ✓ |
| 9. Have you ever been the victim of sexual assault or serious physical abuse? Specify type ***(refer urgently to MH if within the past 5 days).*** – childhood – | ✓ | |

61584393 (11/27/18) 1.2

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

# MENTAL HEALTH SCREENING

Johnson Robert
PATIENT NAME

202110001O
ICN/NCC NUMBER

LOCATION

[redacted]
DATE OF BIRTH

M
GENDER

**Questions (Check "YES" or "NO") - Each Box = 1 Point**

| Question | YES | NO |
|---|---|---|
| 10. Is this the first time you have been incarcerated? ***(If Yes, and the patient is over 65 or under 17, urgently refer to mental health).*** | | ✓ |
| 11. Are you incarcerated on a very high profile crime or charged with a **felony level crime of:** murder, attempted murder, rape/sexual assault, arson, aggravated domestic violence, or cruelty to a child? ***(If yes, urgently refer to mental health).*** | | ✓ |
| 12. Have you ever had thoughts of taking your own life or engaged in self-harm behavior? If yes, record nature of the thoughts or acts, dates, severity, and outcome ***(If within the last 3 months, urgently refer to mental health):*** | | ✓ |
| 13. If the individual presents as **transgendered, transsexual, or transvestite,** refer to mental health? ***(For a first time incarceration, urgently refer to mental health)*** | | ✓ |
| 14. Do you feel extremely helpless or hopeless to the point that you feel that there is absolutely no hope for the future? ***(If Yes, urgently refer to mental health)*** | | ✓ |
| 15. Is the patient showing signs of extreme psychological distress? (e.g. crying, screaming, severely agitated, hallucinating, acutely confused or disoriented; ***(If yes, urgently refer to mental health)*** | | ✓ |
| 16. Does the patient present as <u>very</u> **embarrassed, fearful, or angry** about the situation or charges? ***(If Yes, urgently refer to mental health)*** | | ✓ |

**<u>KEY:</u>**
7 points or less = **routine** (if referral is indicated)
8 points or more = **urgent** (critical items are automatically urgent)

**TOTAL SCORE =** 3

**Nurse Print Name:** Sonia Cornelius, RN Date: 10/4/21 Time: 15:17

**Nurse Signature:** [signature] Date: 10/4/21 Time: 15:17

**<u>Disposition:</u>**

**Patients in need of urgent referral to be observed continuously until evaluated by mental health.**

A) If an urgent referral item is a 'YES' (Items 9,10, 11, 12, 13, 14, 15 16), if the aggregate of 'YES' responses is 8 or more, and/or if the patient presents in clinically significant distress, URGENT referral ☐

B) There is evidence of mental health symptoms that are active and/or the mental health history is significant and without evidence of acute presentation, ROUTINE referral to mental health ☐

C) If the patient is stable and does not present with a significant mental health history, educate patient as to the sick call process and how to access mental health services if /as needed ☐

61584393 (11/27/18) 2.2

A-Daloo LPN 44412

Copy Scanned 12/22/21

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

# OFF SITE REFERRAL

PATIENT NAME: Johnson, Robert

ICN/NCC NUMBER: 2021100010

LOCATION: E2B11

DATE OF BIRTH: [redacted]

GENDER: M

INSURANCE POLICY:

☐ Routine ☐ Priority (within 14 Days) ☒ Urgent (Within 7days) ☐ **Emergency, (Same day or next day)**

**Clinic Requested:** Ophthalmology. H/o Altercation w/ injury OD. Pt complains of pain + ↓VA OS. IOP OS ELEVATED (OD) = 17 OS = 25 → 27)

**Diagnosis/ Reason for request:** Trauma OS
ELEVATED IOP OS / ↓ Acuity / Ocular Discomfort.

**Allergies:**

**Laboratory/ radiology results/ medications:**

**Consultant Findings:** ______

Requested by: Stamp:

Medical Director/Designee Signature ______ Telephone ______ Fax ______

Court Date: ______ Release Date: ______

**Medical Review:** ______

☐ Return for more information:
Information requested: ______

☐ Deferred: ______
(Clinician must develop alternative treatment plan and schedule patient for follow up. **Consider resubmission if condition warrants.**)

☐ Approved: ______

Stamp:

Medical Director/Designee Signature ______ Date: ______ Time ______

Notes: ______

61584430 (10/29/19)1/1

Copy scanned 05/22/21

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

A. Daleo LPN 44412

# OFF SITE REFERRAL

PATIENT NAME: Johnson, Robert

ICN/NCC NUMBER: 20211 00010

LOCATION: E2 B11

DATE OF BIRTH: [redacted] 87

GENDER: M

INSURANCE POLICY:

☐ Routine ☐ Priority (within 14 Days) ☒ Urgent (Within 7days) ☐ Emergency **(Same day or next day)**

**Clinic Requested:** Ophthalmology. Hx Altercation w/ injury OD. Pt complains of pain + ↓VA OS, IOP OS elevated (OD=17 OS=25→27)

**Diagnosis/ Reason for request:**
Trauma OS
Elevated IOP OS / ↓ Acuity / Ocular Discomfort.

**Allergies:**

**Laboratory/ radiology results/ medications:**

**Consultant Findings:** ______

Requested by: Stamp:

______ Medical Director/Designee Signature ______ Telephone ______ Fax

Court Date: ______ Release Date: ______

**Medical Review:** ______

☐ Return for more information:
Information requested: ______

☐ Deferred: ______
(Clinician must develop alternative treatment plan and schedule patient for follow up. **Consider resubmission if condition warrants.)**

☐ Approved: ______

Stamp:

______ Medical Director/Designee Signature ______ Date: ______ Time

Notes: ______

61584430 (10/29/19)1/1

Scanned c-12/21/21

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

A. Daleo LPN 44412

# OFF SITE REFERRAL

JOHNSON, ROBERT
PATIENT NAME

2021100010
ICN/NCC NUMBER

LOCATION

[redacted]85
DATE OF BIRTH

M
GENDER

INSURANCE POLICY

☐ Routine ☐ Priority (within 14 Days) ☑ Urgent (Within 7days) ☐ **Emergency (Same day or next day)**

**Clinic Requested:**
Ophthalmology Clinic

**Diagnosis/ Reason for request:**
Pt. claims left eye blurry vision with seeing spots on lateral side s/p physical assault on 10/12/21. Pt. states he can see from left eye but it's not as clear as it was before.

**Allergies:**
NKDA.

**Laboratory/ radiology results/ medications:**
CT Maxillofacial 10/13/21: No fracture identified. No intraorbital hematoma or emphysema identified. The globes appear intact.

**Consultant Findings:** ______

Requested by: Mansoor MOHSIN MANSOOR, MD 10/20/21 14:22.

Stamp:

Medical Director/Designee Signature | Telephone | Fax

Court Date: ______ Release Date: ______

**Medical Review:** ______

☐ Return for more information:
Information requested: ______

☐ Deferred: ______
(Clinician must develop alternative treatment plan and schedule patient for follow up. **Consider resubmission if condition warrants.**)

☐ Approved: ______

Stamp:

Medical Director/Designee Signature | Date: | Time

Notes: ______

61584430 (10/29/19) 1/1

Scanned 10/25/21

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

A. Daleo LPN 44412

# OFF SITE REFERRAL

JOHNSON, ROBERT
PATIENT NAME

2021100010
ICN/NCC NUMBER

LOCATION

[redacted]85
DATE OF BIRTH

M
GENDER

INSURANCE POLICY

☑ Routine ☐ Priority (within 14 Days) ☐ Urgent (Within 7days) ☐ **Emergency (Same day or next day)**

**Clinic Requested:**
Neuro Surgery Clinic

**Diagnosis/ Reason for request:**
Incidental Subarachnoid Cyst in the high left parietal convexity seen on head CT 10/13/21.

**Allergies:**
NKDA.

**Laboratory/ radiology results/ medications:**

**Consultant Findings:** ______

Requested by: Mansoor MOHSIN MANSOOR, MD 32603 10/20/21 14:25

Stamp:

Medical Director/Designee Signature ______ Telephone ______ Fax ______

Court Date: ______ Release Date: ______

**Medical Review:** ______

☐ Return for more information:
Information requested: ______

☐ Deferred: ______
(Clinician must develop alternative treatment plan and schedule patient for follow up. **Consider resubmission if condition warrants.**)

☐ Approved: ______

Stamp:

Medical Director/Designee Signature ______ Date: ______ Time ______

Notes: ______

61584430 (10/29/19)1/1

Copy to medical records 10/20/21

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

A. Daleo LPN
44412

# INTERNAL CLINIC REFERRAL SERVICES

JOHNSON, ROBERT
PATIENT NAME

2021100010
ICN/NCC NUMBER

[redacted] | M
DATE OF BIRTH | GENDER

**Date:** 10/20/21 **Time:** 14:18

Type of consult-Check appropriate line:

| | | | |
|---|---|---|---|
| ☐ Optometry | ☐ Infectious Disease | ☐ Medical | ☐ Ortho |
| ☐ Podiatry | ☐ Dietary | ☐ Dental | ☐ Physical Therapy |
| ☐ Case Management | ☑ Mental Health | ☐ HIV Testing | ☐ OBGYN |
| ☐ Other ______ | | | |

☐ Urgent (ASAP): Nature of problem: ______

☑ Routine: Nature of Problem: Pt reports alleged physical and sexual assault on 10/12/21. Pt reports he is traumatized. Please evaluate.

Chronic Care Clinic: Check all apply:

☐ Cardiovascular (Hypertension, Hyperlipidemia, Cardiac, etc.)
☐ Endocrine (Diabetes, Thyroid, etc.)
☐ Gastrointestinal Hepatitis, Cirrhosis, etc.)
☐ Immunity (HIV)
☐ Miscellaneous (Glaucoma, Seizure Disorder, etc.)
☐ Oncology (Cancer, Leukemia, etc.)
☐ Pulmonary (Asthma, COPD, etc.)
☐ Renal (Dialysis, Kidney Disease, etc.)
☐ Tuberculosis (+PPD, TB Disease)

Signature: Mansoor Date: 10/20/21 Time: 14:19

Print Name and Title: MOHSIN MANSOOR, MD
62609

61584352 (9/21/17) 1.1

Copy 2 Scanner Piker 10/21/21

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER
A. Daleo LPN
44412

# OFF SITE REFERRAL

JOHNSON, ROBERT
PATIENT NAME

2021100010
ICN/NCC NUMBER

LOCATION

[redacted]5
DATE OF BIRTH

M
GENDER

INSURANCE POLICY

☐ Routine ☐ Priority (within 14 Days) ☑ Urgent (Within 7days) ☐ **Emergency (Same day or next day)**

**Clinic Requested:**
Ophthalmology Clinic

**Diagnosis/ Reason for request:**
Pt. claims left eye blurry vision with seeing spots on lateral side s/p physical assault on 10/12/21. Pt. states he can see from left eye but it's not as clear as it was before.

**Allergies:**
NKDA.

**Laboratory/ radiology results/ medications:**
CT Maxillofacial 10/13/21: No fracture identified. No intraorbital hematoma or emphysema identified. The globes appear intact.

**Consultant Findings:** ____________________

Requested by: Mansoor MOHSIN MANSOOR, MD 62608 10/20/21 14:22.

Stamp:

Medical Director/Designee Signature | Telephone | Fax

Court Date: ____________________ Release Date: ____________________

**Medical Review:** ____________________

☐ Return for more information:
Information requested: ____________________

☐ Deferred: ____________________
(Clinician must develop alternative treatment plan and schedule patient for follow up. **Consider resubmission if condition warrants.)**

☐ Approved: ____________________

Stamp:

Medical Director/Designee Signature | Date: | Time

Notes: ____________________

61584430 (10/29/19)1/1

Copy Scanned 6/21/12

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

A. Daleo LPN 44412

# OFF SITE REFERRAL

JOHNSON, ROBERT
PATIENT NAME

2021100010
ICN/NCC NUMBER

LOCATION

[redacted] 85
DATE OF BIRTH

M
GENDER

INSURANCE POLICY

☑ Routine ☐ Priority (within 14 Days) ☐ Urgent (Within 7days) ☐ **Emergency (Same day or next day)**

**Clinic Requested:**
Neuro Surgery Clinic

**Diagnosis/ Reason for request:**
Incidental Subarachnoid Cyst in the high left parietal convexity seen on head CT 10/13/21.

**Allergies:**
NKDA.

**Laboratory/ radiology results/ medications:**

**Consultant Findings:** ______

Requested by: Mansoor MOHSIN MANSOOR, MD 62603 10/20/21 14:25

Stamp:

Medical Director/Designee Signature ______ Telephone ______ Fax ______

Court Date: ______ Release Date: ______

**Medical Review:** ______

☐ Return for more information:
Information requested: ______

☐ Deferred: ______
(Clinician must develop alternative treatment plan and schedule patient for follow up. Consider resubmission if condition warrants.)

☐ Approved: ______

Stamp:

Medical Director/Designee Signature ______ Date: ______ Time ______

Notes: ______

61584430 (10/29/19)1/1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL FACILITY

## INTERNAL CLINIC REFERRAL SERVICES

Johnson Robert
PATIENT NAME

2021100070
ICN/NCC NUMBER

[redacted] 85 M
DATE OF BIRTH GENDER

**Date:** 10/4/21 **Time:** 15:13

Type of consult-Check appropriate line:

- ☐ Optometry
- ☐ Podiatry
- ☐ Case Management
- ☐ Other
- ☐ Infectious Disease
- ☐ Dietary
- ☐ Mental Health
- ☐ Medical
- ☐ Dental
- ☐ HIV Testing
- ☐ Ortho
- ☐ Physical Therapy
- ☐ OBGYN

☐ Urgent (ASAP): Nature of problem:

☐ Routine: Nature of Problem: H/o MH treatment present Denied of suicidal ideations/plan

Chronic Care Clinic: Check all apply:

- ☐ Cardiovascular (Hypertension, Hyperlipidemia, Cardiac, etc.)
- ☐ Endocrine (Diabetes, Thyroid, etc.)
- ☐ Gastrointestinal Hepatitis, Cirrhosis, etc.)
- ☐ Immunity (HIV)
- ☐ Miscellaneous (Glaucoma, Seizure Disorder, etc.)
- ☐ Oncology (Cancer, Leukemia, etc.)
- ☐ Pulmonary (Asthma, COPD, etc.)
- ☐ Renal (Dialysis, Kidney Disease, etc.)
- ☐ Tuberculosis (+PPD, TB Disease)

Signature: [signature] Date: 10/4/21 Time: 15:18

Print Name and Title: Sonia Cornelius, RN

61584352 (5/11/21) 11

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

# EPIDEMIC/PANDEMIC SURGE

Johnson Robert
PATIENT NAME

20211000 ID
ICN/NCC NUMBER

LOCATION

[redacted] 85
DATE OF BIRTH

M
GENDER

**Any travel within the last 6 months?** ☐ Yes ☐ No ✓

Where? ______

When? ______

1. Have you traveled outside or have close contact with someone who has traveled recently outside of the United States in the past 2 weeks? ☐ Yes ☑ No

   If yes Specify: ______

2. Are you a healthcare worker who has a recent exposure to an individual with a highly communicable disease or unexplained severe febrile respiratory or rash disease? ☐ Yes ☑ No

3. Do any of the people who you have close contact with at home, work or your friends have the same symptoms? ☐ Yes ☑ No

**Are you presently experiencing any of the following symptoms:**

- Fever? (≥100.3° Not Permitted to visit) ☑ No ☐ Yes, explain: ______
- Cough (Not Permitted to visit) ☑ No ☐ Yes, explain: ______
- Headache ☑ No ☐ Yes, explain: ______
- Shortness of Breath ☑ No ☐ Yes, explain: ______
- Diarrhea ☑ No ☐ Yes, explain: ______
- Taste or smell disturbance ☑ No ☐ Yes, explain: ______

[signature]
Signature of Health Professional Administering the Questionnaire

10/4/21 3:15:17
Date / Time

Sonia Cornelius, RN
Print Name of Health Professional Administering the Questionnaire

61584439 (4/22/20) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

# HEPATITIS C AND HIV SCREENING

PATIENT NAME: Johnson, Robert
ICN/NCC NUMBER: 2021100010
LOCATION: C2D2
DATE OF BIRTH: [redacted]85
GENDER: M

**Hepatitis C Screening**

1. Have you ever received testing for Hepatitis C? [x] Yes ☐ No
   If Yes, Results: [x] negative ☐ positive. Date: ____________

2. If positive history, have you received medication for Hepatitis C? ☐ Yes ☐ No
   Date: ____________ Name of Medication: ______________________________ Duration: ____________

3. Do you engage in behavior that puts you at risk for Hepatitis C? Examples; IVDA, intranasal drug use, sex partners with HCV, previous incarceration, long term HD, blood transfusion or organs before 1992 or clotting factor concentrates from human blood plasma before 1987, tattoo, body piercing, HIV infection, mother with reactive HCV antibody test.
   ☐ Yes [x] No Comments: ______________________________

4. Do you want to be tested for Hepatitis C? ☐ Yes [x] No If Yes, order; Hepatitis C Ab screening Hepatitis C Code# 971

**HIV (Human Deficiency Virus)**

1. Have you ever received testing for HIV? [x] Yes ☐ No If yes; Results: [x] negative ☐ positive Date: ____________

2. Have you ever received medication for treatment or prevention of HIV? ☐ Yes [x] No
   Name: ______________________________

3. Do you engage in behavior that puts you at risk for HIV? Examples; Anal or vaginal sex without using a condom, history of STD (sexual transmitted disease), sharing needles or syringes including tattoos and body piercing, gay/bisexual men, have sex with someone with HIV
   ☐ Yes [x] No Comments: ______________________________

4. Do you want to be tested for HIV? ☐ Yes [x] No If Yes, order; HIV ½ AB Code # 098H

RN Signature: [signature]
RN Print Name: Angeline Jean-Louis, RN
Date: 10/4/21 Time: 1730

Signature of Interpreter (if applicable): ____________
Print Interpreter's name or telephonic interpreter's ID #: ____________

61584431 (9/9/19) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL FACILITY

# AUTHORIZATION TO ADMINISTER HEPATITIS B VACCINE

PATIENT NAME: Johnson Robert
ICN/NCC NUMBER: 2021100010
DATE OF BIRTH: [redacted]85
GENDER: M

I have received and had explained to me the information contained in the hepatitis B vaccine information statement (VIS) about hepatitis B vaccine. I have had a chance to ask questions which were answered to my satisfaction it has been explained to me that my immunization record may be entered into state database for tracking purposes. I understand this database is accessible by participating healthcare provider in the state.

Allergies: NKFDA

1. Have you ever experienced an adverse reaction to any of the vaccination? Yes ☐ No ☑
2. Are you allergic to Baker Yeast? Yes ☐ No ☑

If yes please describe:

I believe I understand the benefit and risk of the vaccine and wish to decline vaccination.

Patient Signature: [signature] Date: 10/4/21 Witnessed By: Sonia Cornelius, RN [signature] Date: 10/4/21

I believe and understand the benefit and risk of the vaccine and request that I be given to the hepatitis vaccine series.

Patient Signature ______ Date ______ Witnessed By: ______ Date ______

Hepatitis B Vaccine require 3 Dose
First dose is today's date, Dose 2, one month from today's date but not sooner
Dose 3, 6 months from the date of dose # 2, but not sooner
If you are in the facility you will be automatically be scheduled for your next dose

| | First Dose | Second Dose | Third Dose |
|---|---|---|---|
| | | | |
| **Date of Vaccination** | | | |
| **Manufacturer Lot #** | | | |
| **Injection Site** | | | |
| **Given By** | | | |

☐ **Vaccine Information was given**

If you are released prior to receiving your second or third dose, you may receive them at the local public health department or your physician's office, record of your doses may be maintained in your state vaccination database

61584344 (5/11/21) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

# STANDING ORDER FOR PNEUMOCOCCAL AND INFLUENZA VACCINE

PATIENT NAME: Johnson Robert

ICN/NCC NUMBER: 2021100010

LOCATION:

DATE OF BIRTH: [redacted]

GENDER: M

As per recommendations from the Center for Disease Control and Prevention (CDC), as well as with the intent to decrease morbidity and mortality due to influenza and pneumococcal disease, influenza and pneumococcal immunization should be provided for appropriate inpatients. A standing order to offer all patients for Influenza (Flu) vaccine. Pneumococcal Vaccine should be offered to patients who are >65 years of age or <65 with risk factors; heart, lung disease, diabetes, sickle cell, lymphoma, leukemia, cancer, HIV, smoking or asthma.

**RN to Complete for all Adult Patients ( ≥ 18 years old).**

**PNEUMOCOCCAL POLYSACCHARIDE VACCINE (PPSV23)**
**PNEUMOCOCCAL CONJUGATE VACCINE (PCV13)**
**Effective all year**
**ADMINISTER IF:**
☐ Less than age 65 and has heart, lung disease including asthma, sickle cell, diabetes, alcoholism, cirrhosis, CSG leaks, HIV or AIDS, splenectomy, dialysis or kidney failure, cancer, Hodgkin disease, lymphoma, leukemia, long-term steroids, multiple myeloma, organ transplant, chemotherapy, radiation or smoker.
☐ Age 65 and older or if 1st dose received when under 65 and more than 5 **years** have passed since vaccination
**DO NOT ADMINISTER IF:**
☐ Received Pneumococcal Vaccine;
PCV13 (Date vaccinated): ________ PPSV23 (Date vaccinated): ________
☐ Previous serious reaction to the vaccine
☐ Allergic to thimerosal or any component of the vaccine
☐ Patient/surrogated refused vaccine
☐ Physician order written not to immunize
☐ Unable to assess (requires focus note and follow up)
**PATIENT MEETS CRITERIA FOR IMMUNIZATION** ☐ **YES** ☐ **NO**
☐ **PPSV23 0.5 mL IM VIS 4/24/2015**
☐ **PCV13 0.5 mL IM VIS 11/5/2015**

**INFLUENZA (FLU) VACCINE - September 1-April 1**
**(Unless otherwise specified)**

**DO NOT ADMINISTER IF:**
☐ Patient had Flu vaccine this season (Date) ________
☐ Allergic to eggs, thimerosal or aminoglycosides
☐ Patient is having symptoms of acute illness
☐ Patient has a temp ≥100
☐ Patient had a serious reaction to the Flu vaccine
☐ History of Guillain-Barré syndrome
☒ Patient/surrogated refused vaccine
☐ Physician order written not to immunize
☐ Unable to assess (requires focus note and follow up)
☐ Bone marrow transplant within the last 12 months
☐ N/A-not in Flu season
**PATIENT MEETS CRITERIA FOR IMMUNIZATION**
☐ **YES** ☐ **NO**
☐ **Influenza (Flu) Vaccine 0.5 Mil IM VIS 8/2015**

**Signature of RN Assessing Patient** [signature] Jenia Cornelius, RN **Date:** 10/4/21 **Time:** 15:16

**PNEUMOCOCCAL VACCINE**
Date: ____
Manufacturer: ____
Lot#: ____
Expiration date: ____
Site: ____
Nurse ____

**INFLUENZA (FLU) VACCINE**
Date: ____
Manufacturer: ____
Lot#: ____
Expiration date: ____
Site: ____
Nurse ____

I have received education on the Flu and Pneumococcal Vaccines and understand the risks and benefits. I had the opportunity to ask questions.
☐ I request to be vaccinated at this time for ☐ FLU and/or Pneumococcal Vaccine; ☐ PCV13 or ☐ PPSV23
☐ I refuse to be vaccinated for ☐ Flu and/or ☐ Pneumococcal Vaccine at this time.
Patient signature [signature] Date: 10/4/21 Time: 15:16

*If vaccine is to be given at the time of discharge, please observe patient for 30 minutes minimum.
*If both vaccines are to be administered, please use a different arm for each vaccination.
*See timing recommendation of Pneumococcal vaccines (See chart).

Interpreter (print/sign) ____________ Date: ________ Time: ________

61584390 (1/31/18) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

# REFUSAL OF TREATMENT

PATIENT NAME: Johnson Robert
GENDER:
ICN/NCC NUMBER: 2021001706
DATE OF BIRTH: [redacted]85
LOCATION: [illegible]

I ______________________ have, on this day knowing that I have a condition requiring medical care, refused that treatment(s) as indicated below:

- ☑ A. Accucheck
- ☐ B. Behavioral health services
- ☐ C. Blood pressure check
- ☐ D. Chronic Care Clinic
- ☐ E. Dental care
- ☐ F. Diagnostic tests
- ☐ G. Laboratory services
- ☐ I. Outside medical appointment
- ☐ J. Pelvic exam
- ☐ K. Physical assessment
- ☐ L. Rectal exam
- ☐ M. Sick call
- ☐ N. X-ray services
- ☑ O. Other: Finger Stick

Medication (List): ______________________

Reason for Refusal: No needles in me

Potential Consequences Explained: pt educate.

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless NCCC/NHCC, the correctional facility, all correctional personnel, doctors, nurses and health care personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume the responsibility for my welfare.

I have read this form and certify that I understand its contents.

| | DATE | TIME |
|---|---|---|
| PATIENTS SIGNATURE: [signature] | 10/4/21 | 1720 |
| MEDICAL SIGNATURE: [signature] Emeline Jean-Louis RN | 10/4/21 | 1720 |
| WITNESS SIGNATURE | | |
| INTERPRETER SIGNATURE | | |

61584336 (9/1/17) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

# REFUSAL OF TREATMENT

PATIENT NAME: Johnson, Robert
GENDER:
ICN/NCC NUMBER: 2021001706
DATE OF BIRTH: [redacted] 1985
LOCATION: CORE

I ______________________ have, on this day knowing that I have a condition requiring medical care, refused that treatment(s) as indicated below:

- ☐ A. Accucheck
- ☐ B. Behavioral health services
- ☐ C. Blood pressure check
- ☐ D. Chronic Care Clinic
- ☐ E. Dental care
- ☐ F. Diagnostic tests
- ☐ G. Laboratory services
- ☐ I. Outside medical appointment
- ☐ J. Pelvic exam
- ☐ K. Physical assessment
- ☐ L. Rectal exam
- ☐ M. Sick call
- ☐ N. X-ray services
- ☑ O. Other: Covid Vaccine

Medication (List): ______________________

Reason for Refusal: Nothing covid related going to my body

Potential Consequences Explained: pt educate about s/s of covid to unvaccinated

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless NCCC/NHCC, the correctional facility, all correctional personnel, doctors, nurses and health care personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume the responsibility for my welfare.

I have read this form and certify that I understand its contents.

| | DATE | TIME |
|---|---|---|
| PATIENTS SIGNATURE: [signature] | 10/4/21 | 1720 |
| MEDICAL SIGNATURE: [signature] Angeline Jean-Louis, RN | 10/4/21 | 1720 |
| WITNESS SIGNATURE | | |
| INTERPRETER SIGNATURE | | |

61584336 (9/1/17) 1.1

# Nassau County Sheriff's Department
# Internal Affairs Unit

## CASE NARRATIVE

**Intake Information:**

| | |
|---|---|
| **Case No.** IAU-047-21 | **Investigator:** R. Pierce Shield #826 |
| **Allegation:** Force/Misconduct | **Date of Report:** 12/17/21 |
| **Place of Incident:** B02-Lockbox Area | **Day/Date of Incident:** 10/12/21 |

**Pedigree:**

11/05/21 – 11/17/21
10/04/21 – 11/04/21 (Case is involving this incarceration period).

**Complaint:**

On 10/13/21 IAU was notified by Lt. McMillan that Inmate Robert Johnson CC #2021001706 alleged that he was physically and sexually assaulted by staff on 10/12/21 in the B02 lockbox area.

**Investigation:**

Upon receiving the above mentioned information, an audio deposition was obtained from Inmate Johnson wherein he stated the following.

The following in sum and substance is the audio deposition obtained from Inmate Johnson. The deposition was obtained on 10/13/21. A complete recording is included in the case file.

**Audio Deposition of Inmate Robert Johnson CC #2021001706:** Inmate Johnson stated that on 10/12/21 he was in the main jail on B02. Inmate Johnson stated that the tier officer walked by and smelled smoke on the tier. Inmate Johnson started that the Officer said, "I'll get you guys, you guys need to stop smoking". Inmate Johnson stated that he does not smoke. Officer Johnson stated that two officers came to his cell and cuffed him and took him into the hallway. Inmate Johnson stated that he was then told turn around and face the wall, which he did. Inmate Johnson stated that he turned around and the Officer punched him in the face. Inmate Johnson stated that he then fell to the ground and the Officer started kicking him and called him a "nigger". Inmate Johnson stated that he was being kicked in the head, face and ribs. Inmate Johnson stated that he was on his side and saw one of the Officers put on gloves and then he inserted a finger into his rectum. Inmate Johnson stated that the Officer pulled his pants down halfway and then he tried to move away and the Officer "kind of" inserted a

# Nassau County Sheriff's Department
# Internal Affairs Unit

S.B.I.

## CASE NARRATIVE

finger into his rectum, not all the way but somewhat. Inmate Johnson stated that the Officers names were Cpl. McCaffrey and C/O Benson. Inmate Johnson stated that he was punched repeatedly and also kicked repeatedly. Inmate Johnson stated that he asked the officers to stop and asked them to please let him live because he has a two-year-old daughter. Inmate Johnson stated that the Officer said, "Fuck your daughter, fuck that nigger". Inmate Johnson stated that he just remained quiet and then went back to his cell. Inmate Johnson stated that after it happened he told the Officers that he had chest pains and a nurse came up to see him. Inmate Johnson stated that he didn't say anything to the nurse because he was scared. Inmate Johnson stated that he didn't receive a write up or anything like that. Inmate Johnson stated that after the nurse left the Officers started celebrating and laughing.

**Medical Documentation:** Inmate Johnson was evaluated in medical following his deposition on 10/13/21. The results were as follows.

"I/M claims to have been sexually assaulted by staff on B02-B block on 10/12/2021 at approximately 1500 hours. I/M evaluated by medical."

"Upon arrival to sick call, client complaining of sexual assault on 10/12/21. Client states he was punched in the face. Bruise noted left side of face, positive ecchymosis noted". Inmate Johnson was transferred to NUMC for evaluation.

CT of Head/Brain – no mass effect, acute hemorrhage, or acute appearing territorial infarct is identified. No acute intracranial pathology. No fractures are seen, there is mild asymmetric left facial soft tissue swelling. No intraorbital hematoma or emphysema is identified. The globes are intact.

CT of Cervical Spine – The vertebral segments appear intact.

CT of Chest – No acute pulmonary disease.

A review was conducted of Inmate Johnsons medical file. There were no notes or indications that Inmate Johnson was treated or evaluated in NUMC for the alleged sexual assault. It did state in his intake paperwork that he was the victim of sexual assault when he was a child.

As per Det/Sgt Giron of the NCPD SVU, a rape kit was not conducted at NUMC due to Inmate Johnson alleging that the Officer who stuck a finger in his rectum was wearing gloves.

# Nassau County Sheriff's Department
## Internal Affairs Unit

## CASE NARRATIVE

**Photographic Evidence:** Photographs that were obtained of Inmate Johnson did show a bruise to his left cheek area. There were no other visible injuries anywhere on Inmate Johnson's person.

The following in sum and substance is the audio deposition obtained from Officer Thomas Benson. The deposition was obtained on 12/15/21. A complete recording is included in the case file.

**Audio Deposition of Officer Thomas Benson:** Officer Benson stated that he was assigned to B02 on 10/12/21 for the 0800-1600 tour. Officer Benson stated that he did recognize Inmate Johnson from being housed on B02-D block. Officer Benson stated that he was not involved in any incidents with Inmate Johnson on 10/12/21. Officer Benson stated that he was not involved in any use of force with Inmate Johnson on 10/12/21. Officer Benson stated that at no time was Inmate Johnson removed from the tier due to staff believing that he was smoking. Officer Benson stated that B02-D block was in COVID-19 quarantine protocols and no inmates were allowed to leave the tier except for medical emergencies. Officer Benson stated that he did not perform any pat searches on Inmate Johnson in the B02 Lockbox area on 10/12/21. Officer Benson stated that at no time did he punch Inmate Johnson in the face, nor did he observe any staff member do so. Officer Benson stated that at no time did he repeatedly kick inmate Johnson in the head, face and ribs, nor did he observe any staff member do so. Officer Benson stated that at no time did he pull Inmate Johnson's pants down, while he was laying on the ground, and insert a finger into his rectum, nor did he observe any staff member do so. Officer Benson stated that at no time did he refer to Inmate Johnson as a, "nigger", nor did he observe any staff member do so. Officer Benson stated that at no time did he state to Inmate Johnson, "Fuck your daughter, fuck that nigger", nor did he hear any staff member state this to inmate Johnson. Officer Benson stated that he did not recall medical coming to the floor that night due to Inmate Johnson claiming chest pains, but stated that Inmate Johnson has claimed chest pains multiple times in the past and medical would come to the floor to evaluate him and he was always fine.

The following in sum and substance is the audio deposition obtained from Corporal Patrick McCaffrey. The deposition was obtained on 12/17/21. A complete recording is included in the case file.

**Audio Deposition of Corporal Patrick McCaffrey:** Cpl. McCaffrey stated that he was assigned as the B02 supervisor on 10/12/21 for the 0600-1400 tour. Cpl. McCaffrey was shown a photograph of Inmate Johnson and stated that he did not recognize him. Cpl. McCaffrey stated that he was not involved in any incidents with Inmate Johnson on

# Nassau County Sheriff's Department
## Internal Affairs Unit

## CASE NARRATIVE

10/12/21. Cpl. McCaffrey stated that he was not involved in any use of force with Inmate Johnson on 10/12/21. Cpl. McCaffrey stated that at no time was Inmate Johnson removed from the tier due to staff believing that he was smoking. Cpl. McCaffrey stated that B02-D block was in COVID-19 quarantine protocols and no inmates were allowed to leave the tier except for medical emergencies. Cpl. McCaffrey stated that he did not perform any pat searches on Inmate Johnson in the B02 Lockbox area on 10/12/21. Cpl. McCaffrey stated that at no time did he punch Inmate Johnson in the face, nor did he observe any staff member do so. Cpl. McCaffrey stated that at no time did he repeatedly kick inmate Johnson in the head, face and ribs, nor did he observe any staff member do so. Cpl. McCaffrey stated that at no time did he pull Inmate Johnson's pants down, while he was laying on the ground, and insert a finger into his rectum, nor did he observe any staff member do so. Cpl. McCaffrey stated that at no time did he refer to Inmate Johnson as a, "nigger", nor did he observe any staff member do so. Cpl. McCaffrey stated that at no time did he state to Inmate Johnson, "Fuck your daughter, fuck that nigger", nor did he hear any staff member state this to inmate Johnson. Cpl. McCaffrey stated that he did not recall if Inmate Johnson was claiming chest pains during his tour or if medical responded to the floor to evaluate him.

**Conclusion:**

As a result of this investigation, I recommend that this case be closed as ***NOT SUSTAINED*** for the following reason.

Inmate Johnson alleged that he was assaulted by staff and that a staff member inserted a finger into his rectum.

Inmate Johnson initially stated in the beginning of his deposition that a staff member fully inserted a finger into his rectum while he was laying on the ground. Inmate Johnson then later stated that the Officer "kind of" inserted a finger into his rectum.

Inmate Johnson alleged that he was punched and kicked multiple times in the head, face ribs. Inmate Johnson did have a bruise on his left side of his face. There were no other injuries noted in his medical records. A sexual assault kit was not performed at NUMC due to Inmate Johnson alleging that the officer had put gloves on prior to the alleged assault. Multiple CAT Scans were taken at NUMC and all were negative for any fractures to any part of his body.

Photographic evidence did show a small bruise on the left side of Inmate Johnson cheek. This investigation was unable to ascertain how or when this injury occurred. Although

# Nassau County Sheriff's Department
# Internal Affairs Unit

## CASE NARRATIVE

he did have a minor injury, it is not consistent with the amount of force that he alleged was used on him.

All staff denied ever having assaulted Inmate Johnson or inserting a finger into his rectum.

This investigation could not corroborate Inmate Johnson allegations against staff.


10/13/2021 15:07


10/13/2021 15:08


10/13/2021 15:08


10/13/2021 15:08


10/13/2021 15:08


10/13/2021 15:08


10/13/2021 15:08


10/13/2021 15:08


10/13/2021 15:09


10/13/2021 15:09