LAW OFFICES
OF
EDWARD J. TROY
44 Broadway, Greenlawn, NY 11740
Telephone: (631) 239-6817
Facsimile: (631) 239-6818

Edward J. Troy, Esq.

Direct Dial: (631) 239-6817
edwardtroy@optonline.net

September 8, 2023

Via email
Guercio & Guerico LLC
77 Conklin Street
Farmingdale, NY 11735
Attn: John Bradley, Esq.

Re: Robert Johnson v. County et al.
23CV0167 (BMC)

Dear John:

I am writing in response to the document subpoena dated 8/24/23 that was served on the Nassau Health Care Corporation. I have enclosed copies of the following documents:

1. The table of contents for the Policy Manual for the Nassau Health Care Corporation's medical unit at NCCC.

2. National Commission on Correctional Health Care Standards for Health Services in Jail (2018).

3. Policy NCCC J-B-05 Response to Sexual Assault.

4. Policy NCCC J-E-12 Continuity and Continuation of Care During Incarceration

5. Policy NCCC J-E-08 Emergency Services.

6. Attached are the nursing schedules for October 12, 2021 (day and evening shifts) and October 13, 2021 (evening shifts) for the Core and the Satellite. The search for the day shift schedule for October 13, 2021 is continuing, and the document will be provided when it is located.

7. Policy NCCC J-B-10 Infection Prevention and Control.

8. There were no inmates who tested positive for COVID 19 in October 2021 on the B2D tier.

9. Attached is a copy of the medical chart maintained at NCCC for Robert Jeffrey Johnson Jr.

10. Amy Deleo is employed by Nassau University Medical Center as a nurse working at NCCC.

Very truly yours,

Alexander V. Sansone

Alexander V. Sansone

cc Brian McLaughlin via email