# NOTICE OF PERSONNEL ACTION

(SEE INSTRUCTIONS ON REVERSE)

No. SBI-004-10

**PART 1**

Employee's Name: Patrick McCaffrey Title: Correction Officer

Department: Sheriff Division: Correction

Nature of Complaint: Violation of NCSD Rules and Regulations: Art. 13, Rule 2.2, Art. 12, Rule 3.9 and ~~SOP CD 02 05 10~~ SOP CD 04-02-04 Sec III, Sub Sec J, SOP CD 02-05-10 Sec F

Date: ~~11 / 11 / 09~~ 01 / 15 / 10 Approx. Time:______ a.m. p.m. Location: NCCC, SBI

Details: On 01/15/10 Officer McCaffrey did violate the above mentioned Rules and Regulations by providing inaccurate and/or incomplete information during an Internal Affairs interview regarding an inmate complaint and failed to report a use of force.

## DEPARTMENT ACTION

(check action taken)

- ☐ Counseling Notice
- * ☒ Fine $100
- * ☐ Demotion in grade and / or step
- * ☒ Loss of leave entitlements 5 days of VAC leave
- * (See Reverse)
- ☐ Reprimand
- * ☐ Suspension w/o pay____days (Eff. Date)____
- * ☐ Termination (Eff. Date)____
- * ☐ Other____

SUPERVISOR: [signature] #93 Date: 10 / 29 / 10

**PART 2**

Department Comments: I concur.

Previous Notice to Employee: ☒ Yes ☐ No If Yes - How Many? 2

Approved by (Department Head or Representative not in negotiating unit):

Signature: [signature] Jerome Fitzpatrick Date: 10 / 29 / 10

**PART 3**

Employee's Signature: SENT VIA CERTIFIED MAIL 7010 1670 0002 1266 7028 Date: 11 / 05 / 10

(Employee's signature indicates receipt of notice only)

I certify that the employee was served with and refused to accept ☐ or sign ☐ a copy of this Notice.

Authorized Signature:________ Date:___/___/___

LR-4655 4/85. Rev. 11/98

OFFICE OF LABOR RELATIONS

NCPG