# NOTICE OF PERSONNEL ACTION

No. SBI-062-05

(SEE INSTRUCTIONS ON REVERSE)

## PART 1

Employee's Name: Patrick McCaffrey Title: Correction Officer

Department: Sheriff Division: Correction

Nature of Complaint: Violation of NCSD Policy and Procedures: Use of Force CD 04-02-04 Page 6, item 5. Behavior Management Unit Policy CD 05-00-4A page 5, item 5.

Date: 07 / 10 / 05 Approx. Time: 1208 hrsxx a.m. p.m. Location: NCCC B3 and B2 Medical

Details: Correction Officer Patrick McCaffrey violated the above Policy and Procedure by using impermissible force, lifting an inmate by mechanical restraints.

### DEPARTMENT ACTION

(check action taken)

- [x] Counseling Notice
- * ☐ Fine
- * ☐ Demotion in grade and / or step
- * ☐ Loss of leave entitlements ____ days of ____ leave
- * (See Reverse)
- ☐ Reprimand
- * ☐ Suspension w/o pay ____ days (Eff. Date) ____
- * ☐ Termination (Eff. Date) ____
- * ☐ Other ____

SUPERVISOR: [signature] Date: 3 / 21 / 06

## PART 2

Department Comments:

[signature]

Previous Notice to Employee: ☐ Yes ☐ No If Yes - How Many? ____

Approved by (Department Head or Representative not in negotiating unit):

Signature: [signature] Date: 3 / 21 / 06

## PART 3

Employee's Signature: ____ Date: __ / __ / __

(Employee's signature indicates receipt of notice only)

I certify that the employee was served with and refused to accept [x] or sign [x] a copy of this Notice.

Authorized Signature: [signature] 493 Date: 5 / 12 / 06

LR-4655 4/85. Rev. 11/98

PERSONNEL FILE
(Department)