# NOTICE OF PERSONNEL ACTION

No. SBI#065-21

(SEE INSTRUCTIONS ON REVERSE)

## PART 1

Employee's Name: Patrick McCaffrey #374 Title: Corporal

Department: Sheriff's Division: Corrections

Nature of Complaint: Nassau County Rules and Regulations Article Article 2, Rules 8.1 & 8.8 and Article 13, Rule 30

Date: 12/24/2020 Approx. Time: 1255 a.m. p.m. Location: NCCC

Details: On the above date and time, the subject employee violated the above-mentioned Rules and Regulations, when as the B02 Floor Supervisor, failed to maintain proper logbook entries when a subordinate staff member failed to sign on and off post when providing meal reliefs to staff assigned to B02.

### DEPARTMENT ACTION
(check action taken)

- [x] Counseling Notice
- [ ] * Fine
- [ ] * Demotion in grade and / or step
- [ ] * Loss of leave entitlements ____ days of ____ leave
- [ ] Reprimand
- [ ] * Suspension w/o pay ____ days (Eff. Date) ____
- [ ] * Termination (Eff. Date) ____
- [ ] * Other ____

*(See Reverse)

SUPERVISOR: [signature] Date: 12/9/21

## PART 2

Department Comments:

I concur

Previous Notice to Employee: [x] Yes [ ] No If Yes - How Many? 3

Approved by (Department Head or Representative not in negotiating unit)

Signature: [signature] Date: 12-9-21

## PART 3

Employee's Signature: [signature] Date: 12/17/21

(Employee's signature indicates receipt of notice only)

I certify that the employee was served with and refused to accept ☐ or sign ☐ a copy of this Notice.

Authorized Signature: ____ Date: __/__/__