# NOTICE OF PERSONNEL ACTION

(SEE INSTRUCTIONS ON REVERSE)

No. SEC-006-13

## PART 1

Employee's Name: Thomas Benson Title: Correction Officer

Department: Sheriff Division: Corrections

Nature of Complaint: Violation of NCSD Rules & Regulations Article 13, Rules 2.2, 9.1, 9.3, & 14.5

Date: July / 18 / 2013 Approx. Time: 1600 XXX p.m. Location: A-B Building Corridor (2nd Floor)

Details: On the above date and time, the subject officer deliberately confronted a superior officer and stated in an agitated manner that he objected to his recent post assignmentchange. Then, becoming even more agiated, the subject officer asserted that the superior officer should have called him aside and should not have spoken to him regarding his behavior/appearance "in front of his friends" (co-workers) on a prior occasion, referring to an exchange that occurred between the subject officer and the superior officer the prior day. The confrontation was ultimately terminated with the subject officer directly addressing the superior officer as "a pussy, a coward and a rat.

### DEPARTMENT ACTION

(check action taken)

- ☐ Counseling Notice
- * ☐ Fine
- * ☐ Demotion in grade and / or step
- * ☐ Loss of leave entitlements____days of____leave
- ☐ Reprimand
- * ☐ Suspension w/o pay____days (Eff. Date)____
- * ☐ Termination (Eff. Date)____
- * ☐ Other____

* (See Reverse)

SUPERVISOR:__________ Date:___/___/___

## PART 2

Department Comments:

Previous Notice to Employee: ☐ Yes ☐ No If Yes - How Many?____

Approved by (Department Head or Representative not in negotiating unit):

Signature:__________ Date:___/___/___

## PART 3

Employee's Signature:__________ Date:___/___/___

(Employee's signature indicates receipt of notice only)

I certify that the employee was served with and refused to accept ☐ or sign ☐ a copy of this Notice.

Authorized Signature:__________ Date:___/___/___

LR-4655 4/85, Rev. 11/98

OFFICE OF LABOR RELATIONS

NCPC