# NOTICE OF PERSONNEL ACTION

(SEE INSTRUCTIONS ON REVERSE)

No. SBI-022-23

**PART 1**

Employee's Name: Dylan Hussey Title: Correction Officer

Department: Sheriff's Division: Correction Officer

Nature of Complaint: Violation of Nassau County Sheriff's Department Rules and Regulations Article 7 rules 3.1, 5.1, Article 13 rules 2.2 and 30.

Date: 01/21/2023 Approx. Time: 00:00 a.m. p.m. Location: NCCC

Details: The subject employee was in violation of the above mentioned NCSD Rules and Regulations, when the subject employee utilized entitlements that the subject employee did not accrue, resulting in the subject employee being placed in "NO PAY" status for 21 and 1/4 days. The dates of the aforementioned violations were between 02/09/22 - 01/04/23. (see page 2 for full list of dates and increments used).

**DEPARTMENT ACTION**

(check action taken)

- ☐ Counseling Notice
- * ☐ Fine
- * ☒ Demotion in grade and / or step (step circled)
- * ☐ Loss of leave entitlements____days of____leave
- * (See Reverse)
- ☐ Reprimand
- * ☐ Suspension w/o pay_____days (Eff. Date)_____
- * ☐ Termination (Eff. Date)__________
- * ☐ Other__________

SUPERVISOR: Inv. Lt. [signature] #121 Date: 1 / 23 / 2023

**PART 2**

Department Comments:

Previous Notice to Employee: ☐ Yes ☒ No If Yes - How Many?______

Approved by (Department Head or Representative not in negotiating unit):

Signature: [signature] Date: 1/24/23

**PART 3**

Employee's Signature: [signature] Date: 1 / 27 / 23

(Employee's signature indicates receipt of notice only)

I certify that the employee was served with and refused to accept ☐ or sign ☐ a copy of this Notice.

Authorized Signature:__________________ Date:____/____/____

LR-4655 4/85. Rev. 11/98

OFFICE OF LABOR RELATIONS

NCPG

Details: (continued from page 1) SBI-022-23

| | | | |
|---|---|---|---|
| Dylan Hussey | 2/9/2022 | Leave No Pay - Taken | -8 |
| Dylan Hussey | 3/17/2022 | Leave No Pay - Taken | -8 |
| Dylan Hussey | 4/1/2022 | Leave No Pay - Taken | -8 |
| Dylan Hussey | 4/2/2022 | Leave No Pay - Taken | -8 |
| Dylan Hussey | 4/23/2022 | Leave No Pay - Taken | -8 |
| Dylan Hussey | 5/21/2022 | Leave No Pay - Taken | -8 |
| Dylan Hussey | 5/29/2022 | Leave No Pay - Taken | -8 |
| Dylan Hussey | 6/21/2022 | Leave No Pay - Taken | -4 |
| Dylan Hussey | 7/1/2022 | Leave No Pay - Taken | -8 |
| Dylan Hussey | 7/5/2022 | Leave No Pay - Taken | -8 |
| Dylan Hussey | 7/6/2022 | Leave No Pay - Taken | -8 |
| Dylan Hussey | 10/4/2022 | Leave No Pay - Taken | -4 |
| Dylan Hussey | 10/21/2022 | Leave No Pay - Taken | -4 |
| Dylan Hussey | 10/22/2022 | Leave No Pay - Taken | -8 |
| Dylan Hussey | 10/29/2022 | Leave No Pay - Taken | -2 |
| Dylan Hussey | 11/13/2022 | Leave No Pay - Taken | -8 |
| Dylan Hussey | 12/4/2022 | Leave No Pay - Taken | -8 |
| Dylan Hussey | 12/10/2022 | Leave No Pay - Taken | -4 |
| Dylan Hussey | 12/13/2022 | Leave No Pay - Taken | -8 |
| Dylan Hussey | 12/18/2022 | Leave No Pay - Taken | -8 |
| Dylan Hussey | 01/02/2023 | Leave No Pay - Taken | -8 |
| Dylan Hussey | 01/03/2023 | Leave No Pay - Taken | -8 |
| Dylan Hussey | 01/04/2023 | Leave No Pay - Taken | -8 |
| Dylan Hussey | 01/05/2023 | Leave No Pay - Taken | -8 |

Total 24 occurrences. 21 ¼ total NO PAY days.

## FOR THE PURPOSE OF THIS NOTICE, THE FOLLOWING DEFINITIONS WILL APPLY

**EMPLOYEE COUNSELING:** THIS INDICATES TO THE EMPLOYEE THAT THE TYPE OF CONDUCT DESCRIBED WILL NO LONGER BE TOLERATED.

**DISCIPLINARY:** THE CONDUCT DESCRIBED REQUIRES PUNITIVE ACTION.

**PART 1** TO BE COMPLETED BY THE PERSON WHO HAS THE RESPONSIBILITY TO SUPERVISE THE AFFECTED EMPLOYEE

**PART 2** TO BE COMPLETED BY THE DEPARTMENT HEAD OR HIS AUTHORIZED REPRESENTATIVE WHO IS NOT A MEMBER OF THE COBA NEGOTIATING UNIT.

**PART 3** TO BE SIGNED AND DATED BY THE AFFECTED EMPLOYEE. IF THE EMPLOYEE REFUSES TO SIGN THE NOTICE, IT SHOULD THEN BE COMPLETED BY THE DEPARTMENT REPRESENTATIVE WHO WAS DIRECTED TO SERVE THE AFFECTED EMPLOYEE.

*AFTER THE FORM IS COMPLETED, A COPY SHOULD BE GIVEN TO THE EMPLOYEE,* COBA *THE OFFICE OF LABOR RELATIONS AND A COPY PLACED IN THE EMPLOYEE'S PERSONNEL FILE AS INDICATED.*

* FOR ANY DISCIPLINARY ACTION PRECEDED BY AN " * " ON THE FRONT PART OF THIS NOTICE, THE EMPLOYEE MUST BE GIVEN A REASONABLE OPPORTUNITY TO HAVE A COBA REPRESENTATIVE PRESENT.